# SPILL-RESISTANT BUBBLE SOLUTION CONTAINER

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

## SUMMARY

The spill resistant bubble solution container is designed to eliminate or virtually eliminate the spillage of bubble solution with no increased difficulty in accessing the solution. The invention is principally intended to solve the problem of spilled bubble solution (both within and without the home) by young children who typically use the traditional (wide mouth) open cylindrical bubble solution container. The traditional cylindrical container, if not held in a vertical or upright position, will allow the spillage of its contents proportionate with the original content level. If the traditional container is tipped over or dropped, the entire content is rapidly spilled.

## DESCRIPTION OF INVENTION

The invention is a bubble solution container that when filled to the fill line or below, will resist spillage when oriented in any position, yet will allow easy access to the solution. This result is obtained by the unique geometry of the container which has a trapped funnel that extends approximately half way into the bottle. This allows a bubble wand to be inserted through the funnel and dipped into the bubble solution yet the container will resist spillage of the solution when oriented in any position.

It is intended that all of the parts except the bottle are to be made by injection molding using a thermoplastic resin compatible with the injection molding process. It is intended that the bottle will be made by blow molding using a thermoplastic resin compatible with the blow molding process. It is intended that the spill resistant container will be primarily used by children to avoid spilling bubble solution without restricting their access to the solution to blow bubbles.

## BRIEF DESCRIPTION OF DRAWINGS

The objects and many attendant advantages of this invention will be readily appreciated and become readily apparent as the same becomes better understood by reference to the following detailed description, when considered in conjunction with the accompanying drawings and in which like reference numerals designate like parts throughout the figures thereof and wherein:

FIG. 1 is a cutaway assembly view of the bubble solution container.

FIG. 2 is an exploded view of the various parts that make up the bubble solution container and it illustrates their relationship to each other.

FIG. 3 is a view of the bottle and funnel in the upright or vertical position with bubble solution in the bottom of the bottle, and shows where section cuts 3A and 3B are made.

FIG. 4 is a view of the bottle and funnel in the upside down position. The bubble solution is shown retained in the top of the bottle.

FIG. 5 is a view of the bottle and funnel in a sideways position with the bubble solution in the current lower side of the bottle.

FIG. 6 is a view of the bottle and funnel in a sideways position with the bubble solution in the current lower side of the bottle.



FIG. 3A is a view representing a section cut made at the top or circular area of the bottle and funnel.

FIG. 3B is a view representing a section cut made at the lower or elliptical area of the bottle and funnel.

## DETAILED DESCRIPTION

Referring now to FIG. 1, the invention is a container for bubble solution or other liquid that, because of its unique geometry and design, when filled to the maximum fill line 12 or below, resists spillage of the liquid. This benefit is obtained whether the container is accidentally knocked over or dropped, or if intentionally rotated or oriented in any position.

This unique advantage is illustrated by the following description of various bottle orientations as shown in the figures: when the container is in the upright position as shown in FIG. 3, the liquid will always be below the lower edge of the funnel 13.

When the container is in the upside down position as in FIG. 4, the liquid will occupy the space immediately around the funnel 8. The liquid level will always be between the bottom and the top of the funnel, thus preventing the liquid from running out. When the container is in a sideways position as in FIG. 5 and 6, the liquid level will always be between the lower funnel side and the lower side of the bottle. Furthermore, when the container is oriented in any of an infinite variations of the above described positions, it will behave in a like manner and prevent the spillage of the solution.

The following design features are used in performing the above described spill resistant function and are apparent by reference to FIG. 2. Furthermore, number 12 represents the maximum fill line, number 7 represents the bottle, number 13 represents the lower edge of the funnel, number 8 represents the funnel, number 9 represents the (threaded) retaining ring, number 10 represent the (threaded) cap (for storage), number 11 represents the customized wand with tapers, and number 14 represents the tapered portion of the wand. Additionally, number 15 represents the fluid level, number 16 represents the narrow cross-section of the funnel, number 17 represents the elliptical cross-section of the bottle neck, number 18 represents the wide cross-section of the funnel, and number 19 represents the circular cross-section of the bottle neck.

The "maximum" fill line 12 is placed no higher on the bottle than to allow the maximum amount of liquid that will be below the funnel 8 in any orientation, as described in the above paragraph. Referring now to FIGS. 3A and 3B, the mouth 19 and neck 17 of the bottle transitions from a circular to an elliptical cross-section. This causes the funnel 8, when inserted into the bottle 7, to be self-aligned to, and captivated in the correct position. When the lower edge 13 of the funnel 8 is in the circular area or mouth 19 of the bottle neck it can rotate freely about the funnel's vertical center line. When the lower edge of the funnel is in the elliptical cross-sectional area 17 its movement is restricted as the width of the funnel is slightly smaller than the inside major diameter of the neck yet it is larger than the minor diameter of the neck. If, after being fully inserted in the bottle, the funnel were either misaligned or free to rotate, then the container would not resist spillage of liquid in all positions. Additionally, while not mandatory for the spill resistant function, the wand 11 shown in FIG. 2 is designed with tapers on both ends to facilitate easy withdrawal of the wand from the container assembly. As seen in FIGS. 1 and 2, the wand's shape eliminates partial entrapment of the wand by the lower edge of the funnel.

US00RE36131E

# United States Patent [19]

[11] E **Patent Number: Re. 36,131**

Schramm

[45] **Reissued Date of Patent: Mar. 9, 1999**

[54] **SPILL-RESISTANT BUBBLE SOLUTION CONTAINER**

[76] Inventor: **Michael R. Schramm**, 120 Glacier Ave. South, Pacific, Wash. 98047

[21] Appl. No.: **531,768**

[22] Filed: **Sep. 21, 1995**

**Related U.S. Patent Documents**

Reissue of:

[64] Patent No.: **5,246,046**
Issued: **Sep. 21, 1993**
Appl. No.: **828,345**
Filed: **Jan. 30, 1992**

[51] Int. Cl.[6] .................... **B65B 1/04; B65B 3/04**

[52] U.S. Cl. ................ **141/98; 141/311 A; 141/333; 141/339; 446/20; 220/719**

[58] **Field of Search** .................... 141/331, 339, 141/340, 364, 98, 94, 95, 311 A, 333; 446/15, 16, 17, 19, 20, 74; 220/731, 734, 719; 222/109, 570, 571, 567, 569; 4/283, 259; D21/59

[56] **References Cited**

U.S. PATENT DOCUMENTS



| | | | |
|---|---|---|---|
| 676,924 | 6/1901 | Steiger, Jr. | 4/283 |
| 1,210,397 | 1/1917 | Bang | 4/283 |
| 2,810,491 | 10/1957 | Goldschmidt | 220/719 |
| 2,858,639 | 11/1958 | Lawrence . | |
| 3,579,898 | 5/1971 | Hein | 46/7 |
| 3,818,627 | 6/1974 | Lebensfeld | 446/15 |
| 4,840,597 | 6/1989 | Perez | 446/16 |
| 4,981,239 | 1/1991 | Cappel et al. | 222/109 |
| 4,984,714 | 1/1991 | Sledge | 222/109 |
| 5,022,559 | 6/1991 | Condon | 222/109 |
| 5,088,950 | 2/1992 | LaFata | 446/19 |
| 5,105,975 | 4/1992 | Patterson | 220/709 |
| 5,169,026 | 12/1992 | Patterson | 220/719 |
| 5,304,085 | 4/1994 | Novak | 446/15 |

OTHER PUBLICATIONS

Little Kids, product packaging for No-spill bubble mug and tumbler, 2 pages, 1995.
TOI, product packaging for bubble brush, 1 page, no date.
TOI, Product package for snap-on bubble container, 1 page, 1993.
Remco, product package for bubble glider, 1 page, 1992.
SpectraStar, product package for bubble kite, 1 page, 1992.
Avon, package for fingernail polish container, 1 page, no date.
One Step Ahead, spill proof paint cups, p. 46, no date.

*Primary Examiner*—Henry J. Recla
*Assistant Examiner*—Steven O. Douglas

[57] **ABSTRACT**

The spill resistant bubble solution container is an invention that because of its unique geometry and design, prevents spillage of liquid when filled to the fill line or below, and oriented in any position. It is principally intended for use by young children in avoiding the spillage of bubble solution.

**14 Claims, 6 Drawing Sheets**



EXHIBIT A



FIGURE 1




FIGURE 2




FIGURE 3




FIGURE 3A




FIGURE 3B




FIGURE 6




FIGURE 4




FIGURE 5