UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.

vs. C.A. No. 06-506 S

IMPERIAL TOY CORPORATION

ENTRY OF APPEARANCE

Richard W. MacAdams and the law firm of MacAdams Wieck DeLuca & Gemma Incorporated hereby enter their appearance on behalf of Defendant, Imperial Toy Corporation.

/s/ Richard W. MacAdams

Richard W. MacAdams (#1681)
rmacadams@mwdglaw.com
MacAdams Wieck DeLuca &
Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 (phone)
(401) 454-8755 (fax)

Dated: December 20, 2006

CERTIFICATION

I hereby certify that on the 20th day of December, 2006, a copy of the within was sent via electronic means to Robert D. Fine, Esq., Chace Ruttenberg & Freedman, LLP, One Park Row, Suite 300, Providence, RI 02903.

/s/ Richard W. MacAdams