Form 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Michael A. Schramm and
Little Kids, Inc. Plaintiff(s)

v. Dkt. No. CA 06 506S

Imperial Toy Corporation
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff/~~Defendant Imperial Toy Corporation hereby moves that Dale A. Malone be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Imperial Toy Corporation
(~~Plaintiff~~/Defendant)
By: Richard W. MacAdams
Bar ID No.: 1681
Address: 101 Dyer St., Suite 400
Providence, RI 02903
rmacadams@mwdglaw.com

DATED: January 3, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and Illinois and of the following Federal District Court and/or Court of Appeals Bar(s) D. Mass., E.D. Ill., First and Federal Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Dale A. Malone 552376 (Mass.)

Print Name State Bar ID #

Banner & Witcoff, Ltd.

Firm Name

28 State Street, 28th Floor

Business Address

617-720-9600 617-720-9601

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Richard W. MacAdams #1681

Print Name R.I. Bar ID #

MacAdams Wieck DeLuca & Gemma Inc.

Firm and Business Address

101 Dyer Street, Suite 400

Providence, RI 02903

rmacadams@mwdglaw.com

Tel. #401-454-8700 Fax # 401-454-8755

## ORDER

This motion is hereby ____________________

District Judge

Date:

CERTIFICATION

I hereby certify that on the 3rd day of January, 2007, a copy of the within was sent via electronic means to Robert D. Fine, Esq., Chace Ruttenberg & Freedman, LLP, One Park Row, Suite 300, Providence, RI 02903.