UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.

vs. C.A. No. 06-506 S

IMPERIAL TOY CORPORATION

DEFENDANT'S MOTION TO APPROVE STIPULATION EXTENDING TIME

Pursuant to Local Rule Cv29(b), Defendant Imperial Toy Corporation moves this Court for an Order approving the Stipulation attached hereto pursuant to which the time for the filing of a responsive pleading is extended to and including February 5, 2007. For grounds, Defendant represents that (1) a prior stipulation extending the time by 20 days for the filing of a responsive pleading has heretofore been entered herein; (2) the parties are engaged in settlement discussions which have not been concluded; (3) the principal of Defendant necessary to conclude settlement discussions is presently unavailable traveling on business in Asia; (4) counsel for Plaintiffs has indicated their assent to this request; (5) this request is made in good faith and not interposed for purposes of delay; and (6) no further extension of time is anticipated by the parties.

Counsel for Defendant:

/s/ Richard W. MacAdams

Richard W. MacAdams (#1681)
rmacadams@mwdglaw.com
MacAdams Wieck DeLuca &
Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 (phone)
(401) 454-8755 (fax)
Dated: January 12, 2007

CERTIFICATION

I hereby certify that a copy of the within was sent via electronic means to Robert D. Fine, Esq., Chace Ruttenberg & Freedman, LLP, One Park Row, Suite 300, Providence, RI 02903 (rfine@crfllp.com), on this 12th day of January, 2007.

/S/ Richard W. MacAdams