UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.

vs. C.A. No. 06-506 S

IMPERIAL TOY CORPORATION

STIPULATION

The time within which Defendant shall answer or otherwise plead is enlarged to and including February 5, 2007.

Counsel for Plaintiffs:

/s/ Robert D. Fine

Robert D. Fine (#2447)
rfine@crfllp.com
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
(401) 453-6400 (phone)
(401) 453-6411 (fax)

Dated: January 12, 2007

Counsel for Defendant:

/s/ Richard W. MacAdams

Richard W. MacAdams (#1681)
rmacadams@mwdglaw.com
MacAdams Wieck DeLuca &
Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 (phone)
(401) 454-8755 (fax)

Dated: January 12, 2007