# *EXHIBIT A*

US00RE36131E

**United States Patent** [19] [11] E **Patent Number: Re. 36,131**

Schramm [45] **Reissued Date of Patent: Mar. 9, 1999**

[54] **SPILL-RESISTANT BUBBLE SOLUTION CONTAINER**

[76] Inventor: Michael R. Schramm, 120 Glacier Ave. South, Pacific, Wash. 98047

[21] Appl. No.: 531,768

[22] Filed: Sep. 21, 1995

**Related U.S. Patent Documents**

Reissue of:

[64] Patent No.: 5,246,046
Issued: Sep. 21, 1993
Appl. No.: 828,345
Filed: Jan. 30, 1992

[51] Int. Cl.[6] ........ B65B 1/04; B65B 3/04

[52] U.S. Cl. ........ 141/98; 141/311 A; 141/333; 141/339; 446/20; 220/719

[58] Field of Search ........ 141/331, 339, 141/340, 364, 98, 94, 95, 311 A, 333; 446/15, 16, 17, 19, 20, 74; 220/731, 734, 719; 222/109, 570, 571, 567, 569; 4/283, 259; D21/59

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 676,924 | 6/1901 | Steiger, Jr. | 4/283 |
| 1,210,397 | 1/1917 | Bang | 4/283 |
| 2,810,491 | 10/1957 | Goldschmidt | 220/719 |
| 2,858,639 | 11/1958 | Lawrence . | |
| 3,579,898 | 5/1971 | Hein | 46/7 |
| 3,818,627 | 6/1974 | Lebensfeld | 446/15 |
| 4,840,597 | 6/1989 | Perez | 446/16 |
| 4,981,239 | 1/1991 | Cappel et al. | 222/109 |
| 4,984,714 | 1/1991 | Sledge | 222/109 |
| 5,022,559 | 6/1991 | Condon | 222/109 |
| 5,088,950 | 2/1992 | LaFata | 446/19 |
| 5,105,975 | 4/1992 | Patterson | 220/709 |
| 5,169,026 | 12/1992 | Patterson | 220/719 |
| 5,304,085 | 4/1994 | Novak | 446/15 |

OTHER PUBLICATIONS

Little Kids, product packaging for No-spill bubble mug and tumbler, 2 pages, 1995.
TOL product packaging for bubble brush, 1 page, no date.
TOL Product package for snap-on bubble container, 1 page, 1993.
Remco, product package for bubble glider, 1 page, 1992.
SpectraStar, product package for bubble kite, 1 page, 1992.
Avon, package for fingernail polish container, 1 page, no date.
One Step Ahead, spill proof paint cups, p. 46, no date.

*Primary Examiner*—Henry J. Recla
*Assistant Examiner*—Steven O. Douglas

[57] **ABSTRACT**

The spill resistant bubble solution container is an invention that because of its unique geometry and design, prevents spillage of liquid when filled to the fill line or below, and oriented in any position. It is principally intended for use by young children in avoiding the spillage of bubble solution.

**14 Claims, 6 Drawing Sheets**



EXHIBIT A



FIGURE 1




FIGURE 2




FIGURE 3




FIGURE 3A




FIGURE 3B




FIGURE 6




FIGURE 4




FIGURE 5