# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** *(Aviso a Acusado)*
LITTLE KIDS, INC. and DOES 1-20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(A Ud. le está demandando)*
IMPERIAL TOY CORPORATION

**You have *30 CALENDAR DAYS* after this summons is served on you to file a typewritten response at this court.**

**A letter or phone call will not protect you; your typewritten response must be in proper legal form if you want the court to hear your case.**

**If you do not file your response on time, you may lose the case, and your wages, money and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).**

***Después de que le entreguen esta citación judicial usted tiene un plazo de 30 DIAS CALENDARIOS para presentar una respuesta escrita a máquina en esta corte.***

***Una carta o una llamada telefónica no le ofrecerá protección; su respuesta escrita a máquina tiene que cumplir con las formalidades legales apropiadas si usted quiere que la corte escuche su caso.***

***Si usted no presenta su respuesta a tiempo, puede perder el caso, y le pueden quitar su salario, su dinero y otras cosasde su propiedad sin aviso adicional por parte de la corte.***

***Existen otros requisitos legales. Puede que usted quiera llamar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de referencia de abogados o a una oficina de ayuda legal (vea el directorio telefónico).***

The name and address of the court is: *(El nombre y dirección de la corte es)*
Superior Court of the State of California
111 North Hill Street
111 North Hill Street
Los Angeles, California 90012
Central

CASE NUMBER *(Número del Caso)*
03K07053

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*
MATTHEW N. FALLEY (310)201-7442 (310) 553-0687
GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER
& KINSELLA
1900 AVENUE OF THE STARS, SUITE 2100
LOS ANGELES, CA 90067-4590

DATE: *(Fecha)* APR 18 2003 Clerk, by *(Actuario)* [illegible], Deputy *(Delegado)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:

under:
- ☐ CCP 416.10 (corporation)
- ☐ CCP 416.20 (defunct corporation)
- ☐ CCP 416.40 (association or partnership)
- ☐ other:
- ☐ CCP 416.60 (minor)
- ☐ CCP 416.70 (conservatee)
- ☐ CCP 416.90 (individual)

4. ☐ by personal delivery on *(date)*:

P ONTIVEROS

Harvey R. Friedman (SBN 034981)
Matthew N. Falley (SBN 192493)
GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff Imperial Toy Corporation

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

APR 1 8 2003

John A. Clarke, Executive Officer/Clerk
By ______________, Deputy
PETER ONTIVEROS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IMPERIAL TOY CORPORATION

Plaintiff,

vs.

LITTLE KIDS, INC., and DOES 1-20, inclusive

Defendants.

Case No. 03K07053

COMPLAINT FOR (1) BREACH OF CONTRACT; (2) GOODS SOLD AND DELIVERED; (3) ACCOUNT STATED; AND (4) OPEN BOOK ACCOUNT

**[LIMITED CIVIL ACTION]**

Plaintiff Imperial Toy Corporation ("Imperial Toy") alleges:

1. Imperial Toy is a California Corporation in good standing, located in Los Angeles, California. Imperial Toy manufactures and distributes toys throughout the world.

2. Imperial Toy is informed and believes and thereon alleges that defendant Little Kids, Inc. ("Kids") is a Rhode Island corporation, located in Providence, Rhode Island and doing business in Los Angeles, California.



GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

3. The true names and capacities of defendants named herein as Does 1 through 20 are unknown to Imperial Toy, who therefore sues said defendants by such fictitious names. Imperial Toy will amend this complaint to show their true names and capacities when the same have been ascertained. Imperial Toy is informed and believes and thereon alleges that Does 1 through 20 were responsible in some manner for the acts and transactions hereinafter alleged and are liable to Imperial Toy therefor.

4. Imperial Toy is informed and believes, and thereon alleges, that at all times herein mentioned each of the defendants was the agent and employee of one or more of the other defendants, and was at all times herein mentioned acting within the scope of such agency and employment.

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

FIRST CAUSE OF ACTION

(Breach of Contract against all Defendants)

5. Imperial Toy refers to paragraphs 1 through 4 hereof and incorporates the same herein by this reference.

6. Beginning in or about September, 2002, Imperial Toy and Kids entered into a series of sales contracts, represented by written sales invoices, whereby Kids placed orders to buy, among other things, 2 and 4-ounce bottles of bubble solution from Imperial Toy at various prices. Copies of the disputed invoices are attached hereto as Exhibit A, and incorporated herein by this reference. Pursuant to the invoices, Kids had 30 days from the date of invoice to remit payment to Imperial Toy for the bubble solution and other items.

7. Kids accepted delivery of the bubble solution and other items from Imperial Toy without objection. However, in making payment to Imperial Toy, Kids

improperly deducted $13,038.24 of the total amount due from a check paid to Imperial Toy on January 29, 2003. Kids also paid a check to Imperial Toy for $11,347.20 in payment of goods ordered and received by Kids, but then stopped payment on that check before the funds cleared.

8. Imperial Toy has performed all terms, provisions and conditions which it was required to perform under the contract, except as excused or prevented by Kid's conduct.

9. Kids breached the contract by deducting $13,038.24 from one payment to Imperial Toy, and stopping payment on a check in the amount of $11,347.20, which had been made as payment for products delivered to Kids under the contract. As a result of Kids' breach, Imperial Toy has been damaged in the sum of $24,385.44, plus interest thereon at the legal rate from the date the payments became due. Pursuant to the contract, Imperial Toy is also entitled to attorney's fees.

10. Kids are entitled to no offsets, credits or adjustments.

SECOND CAUSE OF ACTION

(For Goods Sold and Delivered at Agreed Price Against all Defendants)

11. Imperial Toy refers to paragraphs 1 through 10 hereof and incorporates the same herein by this reference.

12. Within the last year, Kids became indebted to Imperial Toy in the sum of $24,385.44 for goods sold and delivered at an agreed price, plus interest thereon at the legal rate from the date the payments became due.

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

13. Imperial Toy has demanded payment from Kids.

14. Kids has not paid any of that amount. There remains a balance owing and unpaid to Imperial Toy in the sum of $24,385.44, plus interest thereon at the legal rate from the date the payments became due.

## THIRD CAUSE OF ACTION

(For Account Stated Against all Defendants)

15. Imperial Toy refers to paragraphs 1 through 10 hereof and incorporates the same herein by this reference.

16. Within the past year, an account was stated in writing by and between Imperial Toy and Kids and on such statement a balance of $24,385.44 was found due to Imperial Toy from Kids. Kids has not objected to the statement within a reasonable time and thus, has accepted the statement and agreed to pay said balance.

17. Despite demand therefor, no portion thereof has been paid. There remains a balance owing and unpaid to Imperial Toy in the sum of $24,385.44, plus interest thereon at the legal rate from the date the payments became due.

## FOURTH CAUSE OF ACTION

(For Open Book Account Against all Defendants)

18. Imperial Toy refers to paragraphs 1 through 10 hereof and incorporates the same herein by this reference.

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

19. Within the past year, Imperial Toy furnished to Kids, at their special instance and request on an open book account, merchandise of the agreed upon value of $24,385.44.

20. Imperial Toy received no payments from Kids on this account. There remains a balance owing and unpaid to Imperial Toy in the sum of $24,385.44, plus interest thereon at the legal rate from the date the payments became due. Despite demand therefor, no portion thereof has been paid.

WHEREFORE, Imperial Toy prays for judgment against defendants, and each of them, as follows:

1. For damages in the sum of not less than $24,385.44, plus interest thereon as provided by law;

2. For costs of suit incurred herein, including attorney's fees pursuant to the contract; and

3. For such other and further relief as the Court may deem just and proper.

DATED: April 18, 2003

GREENBERG GLUSKER FIELDS
CLAMAN MACHTINGER
& KINSELLA LLP

By: ______________________
MATTHEW N. FALLEY
Attorneys for Plaintiff Imperial Toy Corporation

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**EXHIBIT A**

04/17/2003 09:15 21348944 IMPERIAL TOY COR PAGE 02/05

[illegible]
664622 PG: 01
D-U-N-S 04-992-7249

# Imperial TOY CORPORATION

2060 EAST 7TH STREET • P.O. BOX 21068 • LOS ANGELES, CA 90021
(213) 489-2100 • EMAIL: ARDEPT@IMPTOY.COM • FAX (213) 489-4467

SOLD TO: LITTLE KIDS
222 RICHMOND STREET
SUITE 302
PROVIDENCE RI 02903

003-03987

SHIP TO

00000

| INVOICE DATE | DATE SHIPPED | YOUR ORDER NO. | SLSMN. | VIA | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 09-10-02 | 09-10-02 | 1830 | 24 | CALL/PICKU | NET 30 DAYS | FACTORY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1433 | 68784 | EA | 14065 | LITTLE KIDS 2 OZ BUBBLE | P00818 | .0925 | 6362.52 |
| | | | | | SUB TOTAL | | 6,362.52 |
| | | | | | TOTAL | | 6,362.52 |

GIVE INVOICE TO CYNTHIA,
NO EXCEPTIONS!

EXHIBIT A
PAGE 6

½ per month delinquency charge will be assessed on all past due invoices, (18% PER ANNUM). In case of litigation to collect on all or any part hereof, purchaser agrees to pay such additional sum as the court may adjudge reasonable as attorney's fees in said litigation.
O MERCHANDISE WILL BE ACCEPTED FOR RETURN AND NO DEDUCTIONS OF ANY KIND ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION. ALL RETURNS WILL BE UBJECT TO A 15% RESTOCKING/HANDLING CHARGE. IF RETURNS ARE AUTHORIZED, THE MERCHANDISE MUST BE RETURNED FREIGHT PREPAID, AND THE CUSTOMER /ILL ALSO BE OBLIGATED TO PAY THE ORIGINAL SHIPMENT FREIGHT, IF IT WAS PREPAID. ALL COLLECTION FEES INCURRED WILL BE AT THE EXPENSE OF THE DEBTOR. O CLAIM WILL BE CONSIDERED FOR SETTLEMENT UNLESS WE ARE ADVISED WITHIN 30 DAYS OF RECEIPT OF THE GOODS.

CENTRAL COPY

04/17/2003 09:15 2134894 IMPERIAL TOY CO PAGE 03/05

[redacted]

D-U-N-S 04-933-7249

# Imperial TOY CORPORATION

2060 EAST 7TH STREET • P.O. BOX 21068 • LOS ANGELES, CA 90021
(213) 489-2100 • EMAIL: ARDEPT@IMPTOY.COM • FAX (213) 489-4467

SOLD TO: LITTLE KIDS
222 RICHMOND STREET
SUITE 302
PROVIDENCE RI 02903

003-03987

SHIP TO:

00000

| INVOICE DATE | DATE SHIPPED | YOUR ORDER NO. | SLSMN. | VIA | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 11-22-02 | 11-22-02 | 1880 | 24 | OCEAN FRT | NET 30 DAYS | FACTORY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1052 | 50496 | EA | 14069 | SESAME STREET 2 OZ BUBBLES ✓ | P00849 | 1035 | 5226.34 |
| | 9504 | EA | 14069 | SESAME STREET 2 OZ BUBBLES | | B/O | |
| 1763 | 84624 | EA | 14065 | LITTLE KIDS 2 OZ BUBBLE | P00818 | .0985 | 8335.46 |
| | 336 | EA | 14065 | LITTLE KIDS 2 OZ BUBBLE | | B/O | |
| | | | | | SUB TOTAL | | 13,561.80 |
| | | | | | TOTAL | | 13,561.80 |

GIVE INVOICE TO CYNTHIA,
NO EXCEPTIONS!!

EXHIBIT A
PAGE 7

...r month delinquency charge will be assessed on all past due invoices, (18% PER ANNUM). In case of litigation to collect on all or any part hereof, purchaser agrees to pay such addi-...sum as the court may adjudge reasonable as attorney's fees in said litigation.
...ERCHANDISE WILL BE ACCEPTED FOR RETURN AND NO DEDUCTIONS OF ANY KIND ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION. ALL RETURNS WILL BE ...ECT TO A 15% RESTOCKING/HANDLING CHARGE. IF RETURNS ARE AUTHORIZED, THE MERCHANDISE MUST BE RETURNED FREIGHT PREPAID, AND THE CUSTOMER ALSO BE OBLIGATED TO PAY THE ORIGINAL SHIPMENT FREIGHT, IF IT WAS PREPAID. ALL COLLECTION FEES INCURRED WILL BE AT THE EXPENSE OF THE DEBTOR. ...LAIM WILL BE CONSIDERED FOR SETTLEMENT UNLESS WE ARE ADVISED WITHIN 30 DAYS OF RECEIPT OF THE GOODS.

CENTRAL COPY

04/17/2003 09:15 21348944.. IMPERIAL TOY COR PAGE 04/05

[illegible]

864796 PG: 01

D-U-N-S 04-833-7249

# *Imperial* TOY CORPORATION

2060 EAST 7TH STREET • P.O. BOX 21068 • LOS ANGELES, CA 90021
(213) 489-2100 • EMAIL: ARDEPT@IMPTOY.COM • FAX (213) 489-4467

SOLD TO
LITTLE KIDS
222 RICHMOND STREET
SUITE 302
PROVIDENCE RI 02903

003-03987

SHIP TO
LITTLE KIDS WAREHOUSE
1515 ELMWOOD AVENUE
CRANSTON RI 02910

| INVOICE DATE | DATE SHIPPED | YOUR ORDER NO. | SLSMN. | VIA | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 11-25-02 | 11-25-02 | 1897 | 24 | OCEAN FRT | NET 30 DAYS | FACTORY |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1200 | 57600 | EA | 14093 | LITTLE KIDS 2 OZ BUBBLES (DOM PO0817 | .0985 | 5673.60 |
| | | | | SUB TOTAL | | 5,673.60 |
| | | | | TOTAL | | 5,673.60 |
| | | | | GIVE INVOICE TO CYNTHIA.<br>NO EXCEPTIONS!! | | |

EXHIBIT A
PAGE 8

½ per month delinquency charge will be assessed on all past due invoices, (18% PER ANNUM). In case of litigation to collect on all or any part hereof, purchaser agrees to pay such additional sum as the court may adjudge reasonable as attorney's fees in said litigation.
O MERCHANDISE WILL BE ACCEPTED FOR RETURN AND NO DEDUCTIONS OF ANY KIND ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION. ALL RETURNS WILL BE UBJECT TO A 15% RESTOCKING/HANDLING CHARGE. IF RETURNS ARE AUTHORIZED, THE MERCHANDISE MUST BE RETURNED FREIGHT PREPAID, AND THE CUSTOMER ILL ALSO BE OBLIGATED TO PAY THE ORIGINAL SHIPMENT FREIGHT, IF IT WAS PREPAID. ALL COLLECTION FEES INCURRED WILL BE AT THE EXPENSE OF THE DEBTOR. O CLAIM WILL BE CONSIDERED FOR SETTLEMENT UNLESS WE ARE ADVISED WITHIN 30 DAYS OF RECEIPT OF THE GOODS.

CENTRAL COPY

04/17/2003 09:15 21348944... IMPERIAL TOY COR. PAGE 01/05

865652 PG: 01

D-U-N-S 04-833-7249

# Imperial TOY CORPORATION

2060 EAST 7TH STREET • P.O. BOX 21068 • LOS ANGELES, CA 90021
(213) 489-2100 • EMAIL: ARDEPT@IMPTOY.COM • FAX (213) 489-4467

SOLD TO
LITTLE KIDS
222 RICHMOND STREET
SUITE 302
PROVIDENCE RI 02903

003-03987

SHIP TO

00000

| INVOICE DATE | DATE SHIPPED | YOUR ORDER NO. | SLSMN. | VIA | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 11-25-02 | 11-25-02 | 1972 | 24 | OCEAN FRT | NET 30 DAYS | FACTORY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 620 | 29760 | EA | 14080 | LITTLE KIDS 4 OZ | P00541 | 1490 | 4434.24 |
| | | | | | SUB TOTAL | | 4,434.24 |
| | | | | | TOTAL | | 4,434.24 |

GIVE INVOICE TO CYNTHIA,
NO EXCEPTIONS!!

EXHIBIT A
PAGE 9

per month delinquency charge will be assessed on all past due invoices, (18% PER ANNUM). In case of litigation to collect on all or any part hereof, purchaser agrees to pay such addi-
al sum as the court may adjudge reasonable as attorney's fees in said litigation.
MERCHANDISE WILL BE ACCEPTED FOR RETURN AND NO DEDUCTIONS OF ANY KIND ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION. ALL RETURNS WILL BE
JECT TO A 15% RESTOCKING/HANDLING CHARGE. IF RETURNS ARE AUTHORIZED, THE MERCHANDISE MUST BE RETURNED FREIGHT PREPAID, AND THE CUSTOMER
L ALSO BE OBLIGATED TO PAY THE ORIGINAL SHIPMENT FREIGHT, IF IT WAS PREPAID. ALL COLLECTION FEES INCURRED WILL BE AT THE EXPENSE OF THE DEBTOR.
CLAIM WILL BE CONSIDERED FOR SETTLEMENT UNLESS WE ARE ADVISED WITHIN 30 DAYS OF RECEIPT OF THE GOODS.

866797 PG:01

D-U-N-S 04-933-7249

# *Imperial* TOY CORPORATION

2060 EAST 7TH STREET • P.O. BOX 21068 • LOS ANGELES, CA 90021
(213) 489-2100 • EMAIL: ARDEPT@IMPTOY.COM • FAX (213) 489-4467

SOLD TO
LITTLE KIDS
222 RICHMOND STREET
SUITE 302
PROVIDENCE RI 02903

003-03987

SHIP TO
LITTLE KIDS WAREHOUSE
1515 ELMWOOD AVENUE
CRANSTON RI 02910

| INVOICE DATE | DATE SHIPPED | YOUR ORDER NO. | SLSMN. | VIA | TERMS | F.O.B. |
|---|---|---|---|---|---|---|
| 01-03-03 | 01-03-03 | 2111 | 24 | OCEAN FRT | NET 30 DAYS | FACTORY |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| 1200 | 57600 | EA | 14093 | LITTLE KIDS 2 OZ BUBBLES (DDM P00817 | .0985 | 5673.60 |
| | | | | SUB TOTAL | | 5,673.60 |
| | | | | TOTAL | | 5,673.60 |
| | | | | GIVE INVOICE TO CYNTHIA. NO EXCEPTIONS! | | |

EXHIBIT A
PAGE 10

...% per month delinquency charge will be assessed on all past due invoices, (18% PER ANNUM). In case of litigation to collect on all or any part hereof, purchaser agrees to pay such additional sum as the court may adjudge reasonable as attorney's fees in said litigation.
...O MERCHANDISE WILL BE ACCEPTED FOR RETURN AND NO DEDUCTIONS OF ANY KIND ALLOWED WITHOUT PRIOR WRITTEN AUTHORIZATION. ALL RETURNS WILL BE SUBJECT TO A 15% RESTOCKING/HANDLING CHARGE. IF RETURNS ARE AUTHORIZED, THE MERCHANDISE MUST BE RETURNED FREIGHT PREPAID, AND THE CUSTOMER WILL ALSO BE OBLIGATED TO PAY THE ORIGINAL SHIPMENT FREIGHT, IF IT WAS PREPAID. ALL COLLECTION FEES INCURRED WILL BE AT THE EXPENSE OF THE DEBTOR.
...O CLAIM WILL BE CONSIDERED FOR SETTLEMENT UNLESS WE ARE ADVISED WITHIN 30 DAYS OF RECEIPT OF THE GOODS.

CENTRAL COPY