**Los Angeles Times, Sep 11, 2003 - Obituaries; Fred Kort, 80**

Fred Kort, a successful Los Angeles toy manufacturer who was one of the few Jews to survive Treblinka, the Nazi death camp in Poland, has died. He was 80. Kort, who arrived in America penniless in 1947, died of a heart attack Saturday at his home in Beverly Hills.

Kort was the founder, president and chairman of the Los Angeles- based Imperial Toy Corp., which has factories in Los Angeles; Memphis, Tenn.; Mexico; Canada; and the Far East. The company produces more than 800 different toys, ranging from jacks and bubble-blowing kits to stuffed animals and makeup kits for girls, which are sold throughout the United States and in more than 80 foreign countries.

Kort's attraction to the toy business, he told the Los Angeles Times in 2001, may have been a subconscious desire to re-create the lost years of his childhood. The son of a Polish-born traveling salesman, Kort was born in Leipzig, Germany, on July 8, 1923. Kort, who shortened his given name, Manfred, to Fred, after arriving in the United States, spent his early years with his parents and older brother and sister near Heidelberg.

At 10, he was sent to a village near the Swiss-German border [Breisach, *Anmerkung des Fördervereins*] to get a Jewish education; he later studied electrical engineering at a technical school in Karlsruhe, Germany. His electrical background would later help to save his life.

Kort and his family were deported to Poland in 1938. The family was separated after Germany invaded Poland a year later. Kort wound up in the Jewish ghetto in Warsaw, where he survived by removing the Star of David patch from his arm and crawling under a fence to resell spices that he bought on the street. To survive, he told The Times in 2001, "You had to be creative in your thinking."

By July 1943, Kort was living in a labor camp near Warsaw when German soldiers packed him and about 2,000 other Jews into cattle cars on a train bound for Treblinka. Many perished inside the cramped cattle cars even before they arrived at their destination two days later. Kort, who testified at the Nuremberg war tribunal and whose hand- drawn map of Treblinka served as a reference throughout the proceedings, later recalled that an SS colonel made a chilling announcement as they arrived at the camp. "We want you to know this is Treblinka," Kort quoted the colonel as saying, "and if you don't know what Treblinka is, then smell it." It was the unmistakable stench of burnt flesh, Kort testified in the 1997 federal court trial in Chicago of Bronislaw Hajda, a retired machinist accused of working beside the SS as a guard at the camp. The U.S. was attempting to strip him of his citizenship for lying to immigration officials about his wartime activities.

After arriving at the camp, about 300 of the strongest prisoners were chosen to go to the work camp known as Treblinka 1; the others were sent to the gas chambers of Treblinka 2. During the selection process, Kort recalled in his Times interview, one man sitting next to him defied the order to remain seated and was immediately shot to death. But that didn't stop Kort from jumping to his feet and quickly saying in German, "I'm young. I'm an electrician. And I can do all this work." A German soldier raised his gun at Kort, then waved him over to the worker group. Kort spent the next year working as a water carrier, which enabled him to obtain leftover food from the guards' kitchen.

In July 1944, the approximately 500 remaining prisoners in Treblinka heard the sound of artillery fire from the Russian front. "We knew our days were numbered," Kort told the Jerusalem Post in 1993. "The Germans could not afford to let us live." Kort, who said he was near the latrines, ran back to his barracks, climbed out a back window and hid in a lumber shed. From his hiding spot, he noticed that the German guards walked by at 10-minute intervals. Around midnight, when the guards were out of sight, he made a run for the camp perimeter fence. Although he had grabbed a spade and a pick-ax to tunnel under the fence, he found that the ground was so soft from the rain that he could dig with his bare hands. "I walked all night in the forest and told myself that I was the only Jew left alive in Europe," he told the Jerusalem Post. "At dawn, to my surprise, I found myself

facing the mass grave where everyone had been shot the day before outside Treblinka. I must have been walking in circles all night.... Afterward, I learned that two had managed to crawl out of that grave and survived."

Between 750,000 and 870,000 Jews were killed in Treblinka. Peter Black, senior historian for the U.S. Holocaust Memorial Museum in Washington, D.C., has said that Kort was one of only about 15 people from the camp who survived the war.

Kort spent three weeks in the woods, living on berries and food provided by farmers before he crossed the border into Russian territory. After encountering Russian troops, he underwent interrogation for 10 days before convincing them that he had escaped from the camp. Kort volunteered for the Polish army in November 1944 and served until the end of the war.

After returning to Germany, he was reunited with his mother and sister, who had been caught in Russian territory with German papers in 1939 and spent the war in Siberia. His father, brother and more than 60 other relatives had died in the Holocaust.

After arriving in New York in 1947, Kort landed a job with Bendix Corp. and then General Electric, which transferred him to California. While working as an electrician at the Biltmore Hotel in Los Angeles, Kort was called up to a room to repair a guest's desk lamp. The guest said he planned to open a toy factory and wondered if Kort knew anybody he might hire. "How about me?" Kort asked.

After many years with that company, Kort launched his own toy company in 1969. Over the years, the Kort family and Imperial Toy Corp. have donated generously to numerous charities in the United States, Israel and other parts of the world.

In 1993, Kort was appointed honorary ambassador to the Tel Aviv Foundation. He also was the first Holocaust survivor to join in partnership with Steven Spielberg in supporting the Shoah Visual History Foundation. In 1998, Kort received an honorary doctorate from Bar-Ilan University in Israel for his lifetime commitment to humanitarian causes.

"With the passing of Fred Kort, the world Jewish community has lost an important component of the eyewitness 'mosaic' of Holocaust remembrance," said professor Moshe Kaveh, president of Bar-Ilan University, in a statement.

Kort is survived by his wife, Barbara; his children, Jordan, Steven, David and Susie; and seven grandchildren.

*Dennis McLellan. Los Angeles Times. Los Angeles, Calif.: Sep 11, 2003. pg. B.14*

JDate JOIN "Happy Chanukah"

JEWISHJOURNAL.com




Museum of TOLERANCE
You are cordially invited to attend our
Spring Benefit Performances of
Jersey Boys & WICKED
For tickets, please call 310-772-2531



advertisements


THE FOUNDATION
PASSOVER TRAVEL GUIDE

advertisements
NCJ
got gifts?


2003-09-12

# Fred Kort

*Philanthropist and Holocaust Survivor, Dies at 80*

**by Michael Aushenker, Staff Writer**

Fred Kort, Holocaust survivor, philanthropist and founder/CEO of Imperial Toy Corporation, died on Sept. 6 at the age of 80.

Kort, like fellow philanthropists Jona Goldrich and Max Webb, survived the Holocaust to become one of Jewish Los Angeles' most prominent and impassioned supporters, as well as a big giver to secular humanitarian organizations. Kort gave millions to dozens of Jewish causes, including Yad Vashem in Jerusalem, Bar-Ilan University, the Anti-Defamation League and Israel Bonds. He was a founding donor of the United States Holocaust Memorial Museum in Washington, D.C., and contributed to Goldrich's L.A. Holocaust Memorial.

Kort was born in Leipzig on July 8, 1923, to parents of Polish Austrian descent. He and his family were among 22,000 Polish Jews expelled from Germany. Kort was slated for death at Treblinka in 1943, but bluffed his way into Treblinka's labor camp. Anticipating a Red Army invasion in 1944, the Nazis began killing Jewish captives. Kort hid in a shed as camp officials massacred 550 prisoners. After 10 hours in hiding, he escaped into a forest, where, for weeks, he scavenged for food. He eventually made it to the Russian front and joined the Polish army.

Ads by Google

**Holocaust Studies Site**
Overviews, survivors, articles, etc Excellent resource for students.
www.aish.com/holocaust/

Despite the genocide, Kort never lost faith.

"If I look back," Kort told The Journal in 2000, "for me to survive, I had to meet with extraordinary circumstances and luck.... So many things happened to me when I was this close that I knew someone was watching over me."

After World War II, Kort learned that his father and brother had perished in Germany. He reunited with his mother and his sister, who had fled to Russia.

Kort came to America in 1947 and settled in Massachusetts, but his employer transferred him to Los Angeles, where manufacturer Martin Feder taught him the toy business.

On April 1, 1969, Kort opened Imperial Toy Corp. on Seventh Street in downtown Los Angeles. His inaugural product: the hi-bounce ball. Kort's sons from his first marriage, Jordan, Steve and David, all joined their father's business.

In 2000, he and wife Barbara — a Hong Kong native who converted to Judaism — celebrated their 30th anniversary. The Korts were longtime supporters and members of the Fairfax-area Congregation Beth Israel.

"He was so devoted and crazy about his wife and she took such good care of him," said Rita Spiegel, daughter of Abraham Spiegel, who preceded Kort as Yad Vashem chair. "She made a beautiful Jewish home for him. They just had a very special home."

The timing of Kort's passing was bittersweet. The Korts had just celebrated the engagement of daughter Susie, 23, and Kort was looking forward to her July 2004 marriage.

In 2000, Carol Stohlberg, Survivors of the Shoah Foundation's director of major gifts, said, "He was the first survivor to participate as a major donor to the Shoah Foundation."

In the summer of 2001, Kort was reunited with Victor Bilski of Valley Village, the only other known living Treblinka survivor, for the first time since the war ended. The pair had reunited at Kort's Trousdale Estates home, before family and local media.

"Fred had a photographic memory for the Holocaust from his experience," said Ron Solomon, executive director of West Coast Friends of Bar-Ilan University. "The only map that exists of Treblinka [burned down by the Nazis before the war's end] is one that he drew from memory for a Nazi war crimes trial in Chicago that he testified in. And that map was used throughout the trial. He also testified at Nuremberg."

Kort was one of the first people philanthropist Stanley Black turned to when he spearheaded the formation of Los Angeles' American ORT branch. ORT was a particularly sentimental cause for Kort — in pre-Holocaust Poland, Kort took electrical engineering courses at ORT's Poznan school, which gave him the electrical skills that he used to survive World War II and in post-war Los Angeles.

Ads by Google

**Western Jewish history**
Books, Picture Gallery, Press Room, Links to Historical Orgs, Archives.
www.rochlin-roots-west.com

**Jewish Courses in NYC**
Learn and Discuss Jewish Topics at Skirball Center's Courses
www.adultjewishlearning.

**Attention Book Lovers**
The Perfect Holiday Gift For Suspense Readers. Buy Now!
TrustTheNovel.com

**Judaism**
An online Jewish resource to Judaism, Jewish culture and ideas.
www.nextbook.org

Advertise on this site

"This is a tremendous loss for the Bar-Ilan family [and the community]," said Solomon, who added that Bar-Ilan President Moshe Kaveh flew in for Kort's Sept. 9 funeral service at Hillside .

The Fred and Barbara Kort School of Languages Building is currently under construction at the Bar-Ilan's Ramat Gan campus, and Kort was looking forward to celebrating its 2005 completion.

In May 2000, Kort, as the newly appointed West Coast chairman of American Society for Yad Vashem, introduced Righteous Gentiles Josef and Theresa Herinx-Pieter and Annie Schipper at a Sephardic Temple Tifereth Israel event.

"Working closely with him," said Shaga Mekel, Yad Vashem's director of development, from New York, "it was a shock to hear that he had passed away. He was so energetic."

Kort made the West Coast affiliate "a much more active chapter," she added. About 500 people attended the first West Coast gala at the Regent Beverly Wilshire in 2001, when Abraham Spiegel and Kort were honored.

"He was a larger-than-life man," said Cheryl Zoller, a friend of the Korts. "The community has lost a great pillar."

"America has been very good to me. My thanks is to give back to society," Kort explained of his philanthropic largess in a December 2000 interview with The Journal.

He was not raised Orthodox, "but I consider myself a good Jew. I'm religious in my own way and I believe in God. And I think God paid special attention to me — he wanted me to survive."

Kort is survived by his wife, Barbara; daughter, Susie; and sons, Jordan, Steve and David.

Talk about it in The Jewish Journal Reader Forums
Print this article
Send this article to a friend





© 2006 The Jewish Journal. All Rights Reserved.

**April 13, 1998**

# Everything in History Was Against Them

## Fred Kort

**Los Angeles**
**Chairman, Imperial Toy Corp.**

*Carol J. Loomis*



Fred Kort & His Wife, Barbara

He's 74 now and has hair that spikes from his forehead as if it were exhibiting surprise at having made it this far. That image fits Fred Kort's life: At Treblinka, the Nazis' killing camp in north-central Poland, somewhere between 700,000 and 850,000 Jews were exterminated, and only nine are believed to have survived. Kort is one of the nine.

Before Treblinka, the youth then called Manfred endured the Holocaust as most of its survivors did, fleeing and barely subsisting. The son of a hard-up Polish Jew who lived in Germany, he was pushed with his family into Poland and then, as the Germans overran that country in September 1939, into a succession of mean ghettos and work camps. Once, when he was 17, he turned small-time entrepreneur, sneaking out of the Warsaw ghetto, risking capture and probable death each trip, to sell baking powder, cinnamon, and other spices on the streets. "When you're young," he says, "you think you're invincible."

He abandoned such thoughts in July 1943, when the Germans summarily collected Kort and 2,000 other Jews and packed them into cattle cars headed for Treblinka. The train crawled for two days, and people perished. Those who didn't were shoved into a selection process aimed at sending around 300 of the strongest to the work camp called Treblinka 1 and the rest to the gas chambers of Treblinka 2. From the grass on which all the Jews huddled, one man rose to plead for the work camp and was immediately shot. Kort nonetheless also rose and in German said rapidly that he was an electrician--true, sort of, since he'd been an apprentice before the war--and could be useful. A German raised his gun. He then waved Kort to the work group.

Kort skinned by for about a year, mainly doing water-carrying duty that got him food from the guards' kitchen. Then one day in July 1944, the Jews in Treblinka 1--about 550 at that point--heard the guns of the advancing Russian army. To them the sound was ominous, because they felt sure their German captors would not let them live to broadcast the story of Treblinka 2's exterminations. On a Sunday morning, July 23, 1944, guards burst into Kort's barracks with a rough command: "Lie down wherever you are." Instead, Kort ran, climbing out a barracks window and hiding in a storage shed.

Guards searched the shed but did not find him. He hid there until nighttime, repeatedly hearing gunfire that he

assumed, correctly, meant that Jews were being shot.

And then--we know this scene from fiction, except that this was not--Kort covertly watched the guards patrolling the camp's three rings of fences, discovering that their rounds were at intervals of 15 to 20 minutes. When the moment seemed right, he took a spade and ran for the fences, there finding the ground so softened by rain that he could dig under them easily. As he crossed a corn field outside the fences, sentries in the camp's towers tried to shoot him down, but he zigzagged into woods just beyond. He walked all that night and in the morning discovered that he must have gone in a circle, because he had returned to the camp's edge and to mass graves that held the hundreds of Jews murdered on the previous day.



Hitler's Europe in 1942

Shortly, Kort joined up with members of the Polish underground. But Jews were unwelcome there, and within days he risked crossing into Russian-held territory, his hands high as he entreated: "Don't shoot, comrades. I'm a Jew." Russian troops interrogated him for ten days before finally accepting his Treblinka story as true.

Later, Kort entered the official Polish army, then reconstituting itself, and in a battle caught a piece of shrapnel from a German shell. A far deeper wound: His father, his brother, and 60 relatives died in the Holocaust.

---

Fred Kort, then 24, arrived in the U.S. in 1947 with a nickel. On the boat that carried him, he used the English he'd begun to learn in postwar Europe to ask a sailor what American money was like--and got not just a look but a coin to keep. Beyond the nickel, though, Kort had some resources, because he was under the wing of the American Jewish Joint Distribution Committee--called the Joint by all who knew it. The Joint put him up in a modest Manhattan hotel, and soon he got a job at Bendix Corp. and entered night school.

Still exploiting those electrical skills, Kort next landed a job at General Electric and in time wangled a transfer to California. Leaving GE, he went to work for Los Angeles' Biltmore Hotel as an electrician. On one fateful day, he was called to a guest's room to fix a desk lamp. Engaging Kort in conversation, the guest, Martin Feder, said he was planning to open a toy factory and wondered if Kort knew anybody he might hire. "How about me?" Kort asked, in a question that would chart the rest of his career.

Over the next 20 years he worked for Feder, who specialized in producing the bubble-blowing kits that we all used as kids; started, and folded, a bubbles company of his own; and served as a manufacturers' rep for other toy manufacturers, proving to be a master salesman who could have sold jump ropes to snails. As a rep, he

made good money. So he was ready to march when by chance he came upon a tiny, hard-rubber, high-bouncing ball that hadn't been pushed in the market. In 1969, Kort took this irrepressible bit, the Teeny Bouncer, and $50,000 and, with a partner, set up Imperial Toy Corp.

Today the partner's gone, but the original Teeny Bouncer is still a big seller in Imperial's huge line of 880 toys. Most of the items are the year-round, very basic, $1.99-to-$4.99 stuff of everyone's childhood--jacks, marbles, balloons, paddle balls, water guns, rubber snakes, and, yes, bubble kits, of which Imperial is the world's largest producer. Imperial's 1997 sales were just over $100 million, which makes the company a midget compared to Mattel and Hasbro but a steady, important force in an industry teeming with smaller, trend-riding companies. Kort says with particular pride that Imperial has never had "a losing year." That applies even to 1997, though the importance of money in that year was dwarfed by a disaster: a November explosion in Imperial's Los Angeles headquarters (linked to roll caps sold by the company) that killed four factory employees and injured several others.

That tragedy punctured Kort's natural ebullience, but not much else does. From an office decorated in purple--and with that hair going boing!--he runs his business as if he expects to be there forever, which he pretty much does. His son Jordan, one of three sons who work with him and try to match his pace, says his father has "this drive, this incredible drive."

Since the war, Kort has testified in four war-crimes trials and has sketched, from memory, a detailed map of Treblinka 1 that is now at Washington's Holocaust museum. But Kort is in no way locked into the memories of the past. Deeply aware that America has been good to him, he is instead propelled by the thought that he'd just better bounce out there and "do more."

*Quelle: Fortune, 13.4.98*

---

---

# Press Release

August 7, 1997

## 100 Chinese Students to Study at Bar-Ilan University

## Los Angeles Businessman Fred Kort to Subvent the New Post-Doctoral Program

Ramat Gan -- Academic and scientific ties between Chinese universities and higher education in Israel are about to take a giant step forward. Bar-Ilan University is to absorb 100 Chinese post-doctoral students in the arts and sciences over the coming years. The program has been made possible by a special scholarship fund established at Bar-Ilan University this week by Fred and Barbara Kort of Los Angeles.

The Chinese students each will spend one to two years conducting research in one of Bar-Ilan University's 68 research centers and 38 departments. The university hopes, in particular, to attract top-flight Chinese researchers in physics, bio-chemistry, mathematics, social sciences and even Jewish studies. The students, who will begin arriving later this academic year, undertake to return to China upon completion of their fellowship in

Israel.

"China is opening up to the broader world, and we have discovered that there's a very high level indeed of scientific research underway in their institutions of higher learning," said Bar-Ilan University President Prof. Moshe Kaveh, in announcing the establishment of the fellowship program. "On a recent visit to China, we signed five research cooperation agreements with Chinese institutions. I'm convinced that our scientists and graduate students will be enriched by the interface with top-level Chinese post-doctoral researchers," added Prof. Kaveh.

Israel Ambassador to Beijing Ora Namir today commended Bar-Ilan University on the breakthrough. "Profound congratulations on this welcome initiative. I'm convinced that this program will serve to strengthen the diplomatic, cultural and scientific ties between the two countries."



Bar-Ilan University President Prof. Moshe Kaveh (left), with U.S. businessman Fred Kort and Chinese Ambassador to Israel, Wang Changyi, upon finalizing the pact which will bring 100 Chinese post-doctoral students to study at Bar-Ilan University.

Credit: Meshulam Levy

Fred Kort is one of only nine Jews to have survived the Treblinka concentration camp, and today is a well-known philanthropic supporter of Yad Vashem, the Shoah Foundation, the U.S. Holocaust Memorial Museum, the Anti-Defamation League and Israel Bonds. He is known on the West Coast of the United States as the "Bubble King" because of the small bottles of bubbles his Imperial Toy Company manufactures for kids. The Company employs over 1,000 people in its Hong Kong, Mexico and U.S. manufacturing facilities.

"We Jews share one thing in common with the Chinese -- a deep appreciation of history and heritage," said Fred Kort earlier today. "Bar-Ilan University, much like the Chinese, seeks to blend tradition with modern science, and I'm convinced that the match-up I'm sponsoring will prove to be a boon for the scientific development of both countries."

"As a native of China, I am personally moved by this initiative," Barbara Kort told the Chinese ambassador to Israel. "We are two unique peoples, with great futures ahead of us," she said.

*Quelle: Pressemitteilung der Bar-Ilan-Universität, Ramat-Gan (Israel) vom 7.8.1997*