Imperial® TOY CORPORATION

ABOUT US | OUR TOYS | YOUR GAMES | WHERE TO BUY | NEWS/PRESS | HISTORY | MULTIMEDIA

## Search By Name

GO

## Toys By Category

- Miracle® Bubbles
- Fun in the Sun Gell
- Yo Yo's
- Novelty Toys
- Marbles
- Balloons
- Dart Tech
- Creatures of the World
- Petite Miss
- Sure Shot
- Air Grip
- Bubb-A-Loons
- Bounce
- Boys Toys
- Buddy L
- Slammer Whammers!
- Electronic
- Foam Force
- Flying Toys

## Toys

**The many wonderful toys created by the Imperial Toy Corporation.**

Click the logos below to view toys in that online catalog:

Miracle Bubbles | Petite Miss
Creatures of the World | Balloons
Yo Yo's | Jurassic Collection
Dart Tech

- Fairy Wings
- Girls Toys
- Fun Zone
- Jurrasic Creatures
- Krafty Kids
- Life Like
- Little Tikes
- Legends Of The Wild West
- Master Marksman
- Mighty Marble Heroes
- Petite Princess
- Princess Tales
- Rainbow Glitz
- Starlight
- Super Miracle Bubbles
- Squeezee Water Balls
- Swords
- Water Jet
- High Impact Toys

Copyright © 2002, Imperial Toy Corporation. All rights reserved
Best viewed 800x600 using IE5.5 or better. Website design by FLUXone.com

Press

Imperial®

**FOR IMMEDIATE RELEASE**

**MEDIA CONTACT:**
Galit Hadari/Jenny Heller/Elina Heng
(310)860-0806

## IMPERIAL TOY CORPORATION ACQUIRED IN MANAGEMENT BUYOUT

### Co-Presidents Peter Tiger and Art Hirsch Usher In a New Era of Growth and Increased Success Under New Ownership For Leading Toy Manufacturer

**LOS ANGELES (February 6, 2006)** – Imperial Toy Corporation (Imperial), creator and manufacturer of leading toy brands such as Miracle® Bubbles and Buddy L®, today announced the sale of the company to its Co-Presidents Peter Tiger and Art Hirsch. Tiger and Hirsch have acquired the company from the Kort family, who is leaving to pursue other interests.

"Art and I have always treated Imperial as though it were our own, so this transaction is a culmination and a realization of our desire to become owners of this respected toy company," said Tiger. "It is an exciting occasion for us and our employees, and we look forward to continuing the rich heritage and building upon the legacy that Imperial has established in the marketplace."

"Building off our success in 2005 – including the signing of the Little Tikes® licensing agreement and our #1 bubble brand, Miracle® Bubbles', inclusion in Parenting magazine's Toy Hall of Fame list – we anticipate a solid future. With our sales momentum and a strong financial foundation, we plan to take Imperial to the next level," said Hirsch.

Hirsch and Tiger will continue to build on Imperial's strong legacy, award-winning brand portfolio, long-standing customer relationships and talented employee base. They have been instrumental in driving the company's growth, managing the day-to-day operations and providing strategic direction for the company.

"Imperial is an iconic and venerable company with a rich history in the toy business," commented Paul Altman, vice president at The Sage Group, the investment bank that handled the acquisition. "It has remained steadfast to its founding principles of designing, developing and marketing toys that provide fun and lasting entertainment for children. Imperial's brands appeal to a broad base of consumers and as a result, the company enjoys a strong competitive position in the $20 billion U.S. toy industry. With Imperial's branded products and stellar reputation in the industry, Peter and Art are well poised for generations of future growth."

The company will continue its focus to increase growth and market share through branding, licensing, product innovation and enhancing its distribution network.

The Sage Group, LLC served as the company's exclusive financial advisor during the transaction. Financial terms of the deal were not disclosed.

**About Imperial Toy Corporation**
Founded in 1969 and headquartered in Los Angeles, Imperial Toy Corporation is a privately held toy manufacturer that leads the industry in domestic toy units shipped and is the worldwide number one producer of bubble toys and related products. Imperial Toy is the creator and marketer of such brands as Miracle® Bubbles, Super Miracle® Bubbles, Buddy L® and Petite Miss®. Imperial also holds the exclusive licensing rights to produce bubble toys for Little Tikes® as well as outdoor seasonal Little Tikes® toys. The company has manufacturing and distribution facilities in Memphis, Los Angeles, Tijuana and a showroom in New York City at the International Toy Center. It also maintains sourcing and design offices in Hong Kong. Imperial has wide distribution into mass-market retailers such as Wal-Mart, Kmart, Walgreens, Target, Kohl's, Toys 'R Us, KB Toys, Kroger and Meijer.

**About Art Hirsch (47)**
Art Hirsch has been a part of Imperial Toy Corporation for 20 years and has helped drive Imperial's growth across a broad spectrum while operating in various senior management positions. Hirsch serves as the company's Co-President and COO and has carefully guided the company's sales, product development and operations through the evolution of the toy industry.

**About Peter Tiger (43)**
Peter Tiger serves as Imperial's Co-President and CFO. For the last 4½ years, he has guided Imperial through a period of steady sales growth and increased market share in its core product categories. Prior to joining Imperial, Tiger spent 10 years as the CFO of Superba, Inc., a leading Los Angeles based neckwear manufacturer. Prior to that he obtained his CPA designation at Laventhol & Horwath, in Los Angeles.

**About The Sage Group**
The Sage Group, LLC is a Los Angeles-based investment bank with a national focus on brand-driven enterprises and middle market companies with valuations of $50 million to $500 million. Sage's partners have negotiated and structured billions of dollars in transactions of varying size and complexity, closing over 100 transactions since 1996 with an aggregate value of approximately $15 billion. Sage's founding investors and directors include some of the most prominent figures in the United States' financial services industry. For more information, visit www.sagellc.com.

◀ PRESS ARTICLES MENU

Copyright © 2002, Imperial Toy Corporation. All rights reserved
Best viewed 800x600 using IE5.5 or better. Website design by FLUXone.com

## Press

**IMPERIAL® TOY CORPORATION CELEBRATES ITS 35th ANNIVERSARY AT TOY FAIR '04, WITH A HISTORICAL RETROSPECTIVE OF ITS TOP HITS IN EACH OF ITS 35 YEARS**

**INTRODUCTION OF NEW TOYS TO BE SHOWCASED AT NEW YORK CITY'S INTERNATIONAL TOY CENTER, SHOWROOM #1351/200 BLDG.**

**TEAMS UP WITH ITALY'S PANINI, WORLD'S LARGEST PRODUCER OF STICKERS, FOR NEW NORTH AMERICAN DISTRIBUTION AGREEMENT, SHOWCASED AT JAVITS BOOTH #5850**

Los Angeles, CA – February 18, 2004 – Imperial Toy Corporation, the world's leading producer of bubbles, bubble toys, girl's role-play toys, steel trucks and novelty items, will mark its 35th anniversary at NY's Toy Fair '04. It's been 35 years, since Fred Kort, a holocaust survivor who came to the U.S. after World War II, founded a company of fun, driven by his desire to re-create the lost years of his childhood by providing children with toys that offer good old-fashioned fun and lasting entertainment. In the following three and a half decades, Imperial Toy Corporation has amassed a voluminous catalogue of 900 toys and a distribution network that extends throughout Europe, Japan, Scandinavia, Australia, South Africa and North, South and Central America.
Brand new for this spring from Imperial Toy's classic Buddy L® Brand are the Hummer, H-2 SUT (sport utility truck), the Ford-F150 pick-up (Motor Trend's 2004 Truck of The Year), the Jeep® Wrangler® Rubicon® and LiL' Buddy'sä Bubble Ride-On toy's -- all designed to encourage kids to turn off the televisions, computers and video games this summer and get outside for some good old-fashioned, interactive play -- and in effect, making parents' "toughest task" an easy one with "The Toughest Toys on Wheels."

The popular brand Petite Miss®, now in its 16th year, will have several added new toys -- among them its Petite Miss Beauty Mirror Vanity of Secretsä, destined to make every little girl a "dream of a beauty" and another magical mirror the Petite Miss, Star Light Star Bright.

New to debut at Toy Fair '04 is the launch of the popular licensed characters of Shrek 2, whose availability will coincide with the release of that film in May. Soon to follow will be stickers with characters from Spiderman 2, whose availability will also coincide with the release of that film, now scheduled for July. Subsequent plans are for the release of The Incredibles stickers in the fall.

Also in time for its 35th anniversary at Toy Fair, Imperial Toy Corporation has come out with a historical retrospective of their most popular toys for each of its 35 years. These include:

1. 1969 Teeny Bouncer High bounce ball with swirl colors inside.
2. 1970 Freddy The Frog, Squeaky sound frog.
3. 1971 Sky Diving Poopatroopers, Sky diving figures with parachutes.
4. 1972 Fang Snake. Rattle snake that bobbed back and forth.
5. 1973 4 and 8 ounce bottles of Miracle Bubbles.
6. 1974 Blobbo plastic balloons. Balloon compound blown up thru a tube.
7. 1975 Freewheel Flyers. Licensed die-cast vehicles such as Honda and Datsun.
8. 1976 Jetsons and Flintstones licensed action figures and bubble toys.
9. 1977 Scooby Doo licensed plastic balloons and sky divers.
10. 1978 24 ounce bottles of Miracle Bubbles.
11. 1979 Spiderman bubble toys.
12. 1980 Terri's treasures silvercast mini, collectable, fine dining china sets.
13. 1981 Fun In The Sun Spring and Summer toys such as Jax n' balls.
14. 1982 Party Balloons
15. 1983 Collectable stickers of thousands of styles and accompanying albums
16. 1984 Kool Aid licensed bubble toys and flying discs
17. 1985 Mr. "T" toys including long chains and law enforcement sets
18. 1986 Major league sports flying discs featuring NFL and Major league baseball teams
19. 1987 Bubble blowing Godzilla
20. 1988 King Kong action figures
21. 1989 Petite Miss brand cosmetics are #1 sellers in debut year
22. 1990 Nintendo licensed stickers and sticker albums
23. 1991 Petite Miss "California Collection" cosmetics
24. 1992 Pirates of the high seas collectable action figures
25. 1993 Six foot inflatable Godzilla
26. 1994 Frollickin' Trollickin' product such as action figures and pencil toppers.
27. 1995 Slammer Whammer collectable milk caps were all the rage
28. 1996 Pebble Pets collectable bean bag characters
29. 1997 Petite Miss large cosmetic gift sets
30. 1998 128 ounce Miracle Bubbles

31. 1999 Clipload dart blaster. Patented dart blaster that shoots 6 darts without reloading.
32. 2000 Exxtreme Joxx action figures featuring extreme sports athletes
33. 2001 Petite Miss dress up sets featuring such themes as Princess and Bridal
34. 2002 Life Like Chicken To Go...Stretchable rubber chicken
35. 2003 Buddy L brand Hummer H-2 steel vehicle

Says Imperial Senior Vice President David Kort, "Even with the company's rapid and vast expansion over its first 35 years, the choice of toys in our catalogue has not veered from my father, Fred Kort's early vision – that of providing toys that would captivate children's imagination and encourage social interaction. And it has served the company well. We are excited to see what the next 35 years brings."

Since the passing of Founder Fred Kort on September 6, 2003, Barbara Kort has become Chairman and President and, along with Executive Vice Presidents Peter Tiger and Art Hirsch, oversee the day-to-day operation of the company. Additionally, son David Kort and daughter Susie Kort, continue to play integral roles in the operation of the company.

**About Imperial Toy Corporation**

Founded in 1969 and headquartered in Los Angeles, Imperial Toy Corporation is a privately held toy manufacturer with a catalogue of 900 toys. Additional facilities are in Memphis, TN, Hong Kong, China, Tijuana, Mexico and a showroom/office in New York City at the International Toy Center. The company has a wide distribution network which includes leading national stores such as Wal-mart, K-mart, Kay-Bee Toys, and Toys 'R Us. The company is the #1 manufacturer of bubbles and bubble toys in the world and the producer of the #1 selling brand of young girl role-play accessories in the country.

# # #

◀ PRESS ARTICLES MENU

Copyright © 2002, Imperial Toy Corporation. All rights reserved
Best viewed 800x600 using IE5.5 or better. Website design by FLUXone.com



## BUDDY L. TOUGHEST TOYS ON WHEELS

The name Buddy L. stands for:
**Quality · Assurance · Durability · Trust · Value · Pride · History**

In 1910, Fred Lundahl started the Moline Press Steel Company. He provided quality pressed steel parts to the truck and farm machinery industry. In his spare time, he would make steel vehicles for his son Arthur Brown Lundahl.

These vehicles that Mr. Lundahl made for Arthur and his friends caught on so well in the neighborhood and beyond, that in 1921 he began to devote his entire career to toys as evidenced by the new name of the company named for his vehicle loving son who was also known as Buddy L.

Through the mid 1900's and beyond, the Buddy L. name continued to signify why it is referred to as the toughest toys on wheels. With a heavy concentration of steel and wooden vehicles, Buddy L. not only became a familiar household name, but stood for quality and assured all parents and grandparents who purchased products for their children and grandchildren that they can trust Buddy L. for years to come.

As the twentieth century moved into the 1970's and beyond, the world may have changed some, but not Buddy L. The products confinued to please youngsters everywhere with the same quality and trust that Buddy L. had been known for.

Today, the parents and grandparents who were then children remember the Buddy L. name with pride and proudness. In fact, many of them still have their old Buddy L. vehicles of yesteryear as a sign of the durability, giving them an incredible nostalgic story to tell today's children.

We at Imperial Toy Corporation have now added the Buddy L. brand to our line of toys. We now share in the joy of continuing on with the fine legacy of pressed-steel toys with vintage styling, plus new offerings as well.

We are just as committed as Mr. Lundahl was to preserving the quality of Buddy L. products while still earning the trust of today's parents and children who will surely feel the same pride that all previous Buddy L. consumers before them felt.

Copyright © 2002, Imperial Toy Corporation. All rights reserved
Best viewed 800x600 using IE5.5 or better. Website design by FLUXone.com