## SCHRAMM ROYALTIES EARNED

| CHECK NO. | DATE | AMOUNT | PAY TO ORDER OF: | ROYALTY ACCURAL PERIOD |
|---|---|---|---|---|
| 106028 | 11/04/99 | 2297.13 | Michael R. Schramm | 01/1998-09/1999 |
| 110754 | 08/18/00 | 1756.09 | Michael R. Schramm | 10/1999-07/2000 |
| 111582 | 11/03/00 | 30.73 | Michael R. Schramm | 08/2000-09/2000 |
| 112536 | 01/26/01 | 466.69 | Michael R. Schramm | 10/2000-12/2000 |
| 113678 | 04/27/01 | 5970.97 | Michael R. Schramm | 01/2001-03/2001 |
| 114765 | 07/27/01 | 1740.38 | Michael R. Schramm | 04/2001-06/2001 |
| 115752 | 10/26/01 | 52.63 | Michael R. Schramm | 07/2001-09/2001 |
| 116816 | 01/29/02 | 303.59 | Michael R. Schramm | 10/2001-12/2001 |
| 117976 | 04/26/02 | 6778.85 | Michael R. Schramm | 01/2002-03/2002 |
| 119318 | 08/07/02 | 3540.31 | Michael R. Schramm | 04/2002-06/2002 |
| 120169 | 10/11/02 | 124.57 | Michael R. Schramm | 07/2002-09/2002 |
| 121472 | 01/24/03 | 82.04 | Michael R. Schramm | 10/2002-12/2002 |
| 122629 | 04/11/03 | 4790.85 | Michael R. Schramm | 01/2003-03/2003 |
| 136032 | 07/25/03 | 2997.01 | Michael R. Schramm | 04/2003-06/2003 |
| 137007 | 10/24/03 | 32.33 | Michael R. Schramm | 07/2003-09/2003 |
| 137931 | 01/23/04 | 59.51 | Michael R. Schramm | 10/2003-12/2003 |
| 139286 | 05/14/04 | 7089.39 | Michael R. Schramm | 01/2004-03/2004 |
| 140216 | 07/30/04 | 1960.48 | Michael R. Schramm | 04/2004-06/2004 |
| 141283 | 11/05/04 | 50.86 | Michael R. Schramm | 07/2004-09/2004 |
| 142288 | 01/28/05 | 29.73 | Michael R. Schramm | 10/2004-12/2004 |
| 143346 | 04/25/05 | 6446.88 | Michael R. Schramm | 01/2005-03/2005 |
| 144615 | 07/29/05 | 2824.61 | Michael R. Schramm | 04/2005-06/2005 |
| 145618 | 10/28/05 | 202.57 | Michael R. Schramm | 07/2005-09/2005 |
| 146639 | 01/27/06 | 22.19 | Michael R. Schramm | 10/2005-12/2005 |
| 147895 | 05/05/06 | 7568.42 | Michael R. Schramm | 01/2006-03/2006 |
| 148831 | 07/28/06 | 2164.11 | Michael R. Schramm | 04/2006-06/2006 |
| 149990 | 11/28/06 | 1850.15 | Michael R. Schramm | 07/2006-09/2006 |
| | | | | |
| | **Total:** | **$61,233.07** | | |
| | | | | |
| | | | | |
| | | | | |