Michael R. Schramm
350 West 2000 South
Perry, UT 84302

801-625-9268

Mikeschramm@besstek.net

May 19, 2006

Peter Tiger, President
Imperial Toy Corporation
2060 East Seventh Street
Los Angeles, CA 90021

Re: Notice Regarding Rights Under US Patent RE36,131

Dear Mr. Tiger:

Several years ago, I discussed with Imperial Toy my concerns that Imperial's Bubble Submarine and Bubble Bottle infringe my U.S. Patent No. RE 36,131 (the "'131 Patent"). I also made clear my expectation that Imperial would not manufacture any more of these products, and, once it exhausted its inventory, that Imperial would not ship or sell additional products. Around the same time, and on several occasions, I attempted to enter into a written license agreement with Imperial to license my '131 Patent for certain spill resistant containers, but we have been unable to reach agreement on the terms of a license. This letter is to provide notice that, effective thirty (30) days from the date of this letter, any and all rights Imperial Toy may have to practice the '131 Patent are terminated. If Imperial has existing inventory, product on order, or existing orders to fill, I would consider negotiating a limited license of rights to cover such products and orders.

I look forward to your reply, and am hopeful that we can discuss and resolve these issues.

Sincerely,

Michael R. Schramm

Michael R. Schramm

3995