Chain-
6-14-06
6-28-06
7-5-06
7-25-06

**Ellen Burns**

**From:** "Ellen Burns" <ellen@imptoy.com>
**To:** "mikeschramm" <mikeschramm@besstek.net>
**Cc:** "Peter Tiger" <peter@imptoy.com>
**Sent:** Tuesday, July 25, 2006 9:27 AM
**Subject:** Re: Conversation Follow-up

Dear Mike:

We hope that all is well with you.

We are re-sending the message below that was sent July 5th. Please confirm.

Please advise if you have any further questions or comments.

Regards,
Peter & Ellen

> ----- Original Message -----
> **From:** Ellen Burns
> **To:** mikeschramm
> **Cc:** Peter Tiger
> **Sent:** Wednesday, July 05, 2006 9:54 AM
> **Subject:** Re: Conversation Follow-up
>
> Dear Mike:
>
> Hope all is well with you.
>
> We will need time to phase the item out of our existing line. We estimate that in order to do this, it will probably be around the end of April, 2007 for a sell through for the key accounts in the programs that they are committed to.
>
> Peter is out of town for the next two weeks. However, if you have any questions, please pass them along and we will make sure that he is updated.
>
> Kind regards,
> Ellen
>
> > ----- Original Message -----
> > **From:** mikeschramm
> > **To:** Peter Tiger
> > **Cc:** Burns, Ellen
> > **Sent:** Wednesday, June 28, 2006 9:00 PM
> > **Subject:** Fw: Conversation Follow-up
> >
> > Hello Peter:
> >
> > When do you think you can provide me with an assessment?
> >
> > Thanks,
> > Mike Schramm

----- Original Message -----
**From:** mikeschramm
**To:** Peter Tiger
**Cc:** Burns, Ellen
**Sent:** Wednesday, June 14, 2006 6:33 PM
**Subject:** Conversation Follow-up

Peter:

I am writing to follow up on our conversation of May 31st. I note that while I welcome a phone conversation with you regarding the license of other of my inventions, etc., so as to avoid any possible misunderstanding, my intent is to transact our business regarding spill proof bubble containers in writing. I would like to confirm our conversation, in which you told me that Imperial would assess its inventories and orders, and advise me what sort of limited license Imperial feels is reasonable to conclude its spill resistant bubble container business. As mentioned, as an alternative to my street address, you can write to me at mikeschramm@besstek.net. While you may not have completed your assessment yet, please reply and let me know when you believe you will have the information. I am sure we can conclude this matter amicably and promptly, and I look forward to hearing from you as outlined above.

Thank you,
Mike Schramm