**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and<br>LITTLE KIDS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPERIAL TOY CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA No. 06-506 S |

**DEFENDANT IMPERIAL'S JURY DEMAND**

The defendant, called "Imperial Toy Corporation" in the complaint, and actually being named Imperial Toy LLC, respectfully demands trial by jury for all issues so triable.

Dated: February 23, 2007

respectfully submitted,

/Charles W. Shifley/

Charles W. Shifley
**Banner & Witcoff, Ltd.**
10 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001

Dale A. Malone
**Banner & Witcoff, Ltd.**
28 State Street – 28th Floor
Boston, Massachusetts 02109
Tel: (617) 720-9600
Fax: (617) 720-7601

Richard W. MacAdams
**MacAdams Wieck DeLuca & Gemma Inc.**
101 Dyer Street, Suite 400
Providence, RI 02903
Tel: (401) 454-8700
Fax: (401) 454-8755
**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **DEFENDANT IMPERIAL'S JURY DEMAND** was served on February 23, 2007 by First Class Mail upon the following counsel for plaintiffs Michael R. Shramm and Little Kids, Inc.:

Robert D. Fine, Esq.
Chance Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903

/Charles W. Shifley/

Attorney for Defendant