UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and LITTLE KIDS, INC., | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No. 06-506-S |
| IMPERIAL TOY CORPORATION, | : | |
| Defendant | : | |

***STIPULATION***

In the above-entitled action, the parties agree that the following entry may be made:

The plaintiffs time to reply to the defendant's counterclaim is extended through and including March 23, 2007.

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.
By their attorney,

/s/ Robert D. Fine

______________________________

Robert D. Fine (#2447)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
Email: rfine@crfllp.com

IMPERIAL TOY CORPORATION
By its attorney,

/s/ Richard W. MacAdams

______________________________

Richard W. MacAdams (#1681)
MacAdams Wieck DeLuca & Gemma Inc.
101 Dyer Street, Suite 400
Providence, RI 02903
Tel.: (401) 454-8700
Fax: (401) 454-8755
Email: rmacadams@mwdglaw.com

Dated: March __ , 2007

SO ORDERED:

______________________________

Hon. William Smith, U.S.D.J.
Dated: March __, 2007