JANET

# SPRING

# SUMMER

...And into the

# THIRD MILLENNIUM

Imperial®
TOY CORPORATION

# MIRACLE BUBBLES®




NO. 3908




NO. 3921



NO. 3908




NO. 3995



NO. 3995




NO. 3492

**NO. 3908**
**NO SPILL BUBBLE SUBMARINE**
Turn it over....no spills or leaks!
Packed on a colorful blister card.
Includes Miracle Bubbles®.
12 each to shipper.
Cd. size: 7 x 12.
Wt. of shipper: 8.5 Lbs.
Cube: 1.45.

**NO. 3921**
**NO SPILL BUBBLE SUBMARINE / BOX**
Packed in colorful window box.
Includes Miracle Bubbles®.
12 each to shipper.
Box size: 7½ x 3¾ x 8.
Wt. of shipper: 9.5 Lbs.
Cube: 1.25.

**NO. 3492**
**MIRACLE BUBBLES®**
**BUG BUBBLE BUSTER™**
Blow bubble through their antennae, pull the trigger to snap their jaws and bust the bubbles! 2 styles assorted.
12 each to shipper.
Cd. Size: 6½ x 12.
Wt. of shipper: 5 Lbs.
Cube: 0.95.

**NO. 3995 NO SPILL**
**MIRACLE BUBBLES®**
Special bubble wand converts 8 ounce Miracle Bubbles® into a no spill bottle. 24 each to shipper.
Card size: 6½" x 11".
Wt. of shipper: 16 Lbs.
Cube: 1.50.

# FUN in the SUN®




NO. 5380

**NO. 5380**
**FUN IN THE SUN®**
**FULL OF FUN BACKPACK**
Two styles assorted. Durable vinyl backpack loaded with a variety of spring and summer toys including bubbles.
24 each to shipper. Pkg. size: 10½ x 1
Wt. of shipper: 41 Lbs. Cube: 5.05.

**NO. 7334**
**FUN IN THE SUN®**
**SUPER VALUE FUN BUCKET**
Value packed. 8" plastic bucket filled with great spring and summer toys.
6 each to shipper.
Wt. of shipper: 17 Lbs. Cube: 2.75.

**NO. 8169**
**FUN IN THE SUN®**
**SUPER VALUE FUN BUCKET**
Value packed 9" plastic bucket filled with 24 of our spring and summer basics.
6 each to shipper.
Wt. of shipper: 21 Lbs. Cube: 3.8.



NO. 7334




NO. 7334



NO. 8169




NO. 8169

Imperial®
© 1999

# SET UP TO SERVE YOU AROUND THE WORLD

**LOS ANGELES**
**WORLD HEADQUARTERS**
2060 E. 7th St., P.O. Box 21068
Los Angeles, CA 90021-1399
Phone: (213) 489-2100
Fax: (213) 489-4467
E-Mail: sales@imptoy.com
Web Site: http://www.imperialtoy.com

**NEW YORK**
**OFFICE / SHOWROOM**
200 Fifth Ave. Building
Suite 1351
New York, NY 10010
Phone: (212) 675-4790
Fax: (212) 675-6057

**TORONTO**
**CANADA HEADQUARTERS**
1740 Argentia Road
Mississauga, Ontario L5N 3K3
Phone: (905) 826-7661
Fax: (905) 826-5994

**HONG KONG**
**OFFICE / SHOWROOM**
501-2 Peninsula Center
67 Mody Road, T.S.T.E.
Kowloon, Hong Kong
Phone: 23699545
Fax: 27242651, 27221014

**MEXICO**
**FACTORY / OFFICE**
Calle Mazatlan 14600
Parque Industrial Pacifico
Tijuana, BC Mexico
(No Sales Transactions)

## USA SALES REPRESENTATIVES • SEE COMPLETE LISTING ON PREVIOUS PAGE

## CANADIAN SALES REPRESENTATIVES

**ONTARIO**
**BARB-CARN SALES, INC.**
John Carnie, Terry O'Hara
141 Superior Blvd., Unit #22
Mississauga, Ontario L5T 2L1
Phone: (905) 565-8468
Fax: (905) 565-8470

**QUEBEC**
**RAY BAYARD AGENCIES**
Ray Bayard, Luc Bayard
6969 Trans Canada #123
Ville St. Laurent
Quebec H4T 1V8
Phone: (514) 333-3294
Fax: (514) 333-8726

**ATLANTIC PROVINCES**
**L. ALLEN AGENCY LTD.**
Larry Allen
183 Cresthaven Drive
Halifax, N.S. B3M 4B5
Phone: (902) 443-1897
Fax: (902) 443-6138

**MANITOBA, ALBERTA**
**SASKATCHEWAN**
**WILLIAM WHEELER**
**AGENCIES LTD.**
Bill Wheeler, Andy Wheeler
Keith East
1394 Clifton Street
Winnipeg, Manitoba R3E 2V2
Phone: (204) 774-5464
Fax: (204) 774-5390

**BRITISH COLUMBIA**
**HATCHARD THEDERAHN**
**AGENCIES LTD.**
Fred Hatchard
Bill Thederahn
8441 154B Street
Surrey, B.C. V3S 6N1
Phone: (604) 543-5548
Fax: (604) 543-6826

## INTERNATIONAL DISTRIBUTORS

**UNITED KINGDOM**
**TITAN TOYS INT'L LTD.**
Topical House, Frogmore Road
Apsley, Hemel Hempstead, Herts.
HP39RW, ENGLAND
Phone: 441442242159
Fax: 441442250837

**SWITZERLAND**
**MEILI TRADING AG**
Schulstrasse 6
8557 Hefenhausen
Switzerland
Phone: 41-52-2426451
Fax: 41-52-2426678

**MIDDLE EAST**
**HARVEST COMPANY**
Corniche A1-Mazree
P.O. Box 11-2200
Hajaig Bldg. 4th Floor
Beirut, Lebanon
Phone: 961-1-302157
Fax: 961-1-702709

**COLOMBIA**
**LOREX LTDA.**
Calle 79 No. 7A-30
Bogota, Colombia
Phone: 571-310-0299
Fax: 571-310-1698

**FRANCE**
**RAINBOW**
214 Rue De La Resistance
27180 - Les Baux Ste Croix
FRANCE
Phone. 33-2-32620978
Fax: 33-2-32620786

**AUSTRALIA**
**PLAYCORP PTY LTD.**
P.O. Box 255, 62-72 Mark Street
North Melbourne, Victoria 3051
AUSTRALIA
Phone: 61-3-9329-6688
Fax: 61-3-9329-4092

**BRAZIL**
**LONG JUMP**
**IMPORTACAO EXPORTACAO**
Rua Bela Cintra, 152 - Cerq. Cesar
01415-00 Sao Paulo
SP. Brasil
Phone: 55-11-2615860
Fax: 55-11-8317158

**COSTA RICA**
**CASTILLO DE LA FANTACIA**
Paseo Colón y Av.
Segunda, Calle 30
P.O. Box 6014-1000
San Jose, COSTA RICA
Phone. (506) 221-1070
Fax: (506) 221-3015

**GERMANY**
**N & W TRADING**
Fürther Strasse 33
90513 Zirndorf
GERMANY
Phone: 911-607028
Fax: 911-602457

**NEW ZEALAND**
**MATTEL (N.Z.) LTD.**
P.O. Box 100263 N.S.M.C.
16-18 William Pickering Drive
Albany 1331, Auckland
NEW ZEALAND
Phone: (649) 414-5755
Fax: (649) 415-5756

**ARGENTINA**
**CAMPANO & ASOCIADOS**
**CONSULTORES**
Av. Cabildo 1145 - 6th Floor, Apt. #23
1426 Buenos Aires
Republica Argentina
Phone: 54-1-782-5342
Fax: 54-1-788-9818

**MEXICO**
**SPINFLEX S.A. DE D.V.**
Apartado Postal 77-149
Mexico, D.F. 11200
Phone: 525-541-9885
Fax: 525-541-5405

**BELGIUM, NETHERLANDS**
**LUXEMBOURG**
**G & P TOYS**
Bisschoppenhoflaan 366
B-2610 Deurne (Antwerpen)
BELGIUM
Phone: (323) 3263892
Fax. (323) 3262847

**SOUTH AFRICA**
**PRIMA TOYS**
Hawkins Avenue
P.O. Box 30, Eppindust 7475
Capetown, SOUTH AFRICA
Phone: 27-21-531-7430
Fax: 27-21-531-8342

**CHILE**
**EXIM**
Av. 11 De Septiembre 1860
Piso 11 - Ofc. #117
Providencia, Santiago
CHILE
Phone: 562-231-6955
Fax: 562-252-0551

**PUERTO RICO**
**FRIEND-SMITH & CO., INC.**
P.O. Box 366206
San Juan, PR 00936-6206
Phone: 787-793-6920
Fax: 787-782-7850

**CONTACT OUR INTERNATIONAL DEPARTMENT FOR EXCLUSIVE DISTRIBUTION OPPORTUNITIES**
**PHONE: 213-489-2100 • FAX: 213-489-4467 • E-MAIL: sales@imptoy.com**

CATALOG NO.60
ENTIRE CONTENTS ©1999
PRINTED IN HONG KONG

© 1999 Imperial® TOY CORPORATION

0 76666 00000 9

Imperial®

2001



# Spring & Summer bouncing all over
# How it all began ...

# MIRACLE BUBBLES®




NO. 21300






NO. 3908










NO. 3995

**NO. 21300 MIRACLE BUBBLES® EZ BUBBLES**
Bubble fun for younger kids! Spring loaded pop-up action with an innovative bubble blowing mechanism. Spill resistant. Includes an 8 oz. Bottle of Miracle Bubbles®. 6 each to shipper.
Cd. size: 6 x 12. Wt. of shipper: 4 Lbs. Cube: 0.40.

**NO. 3908 NO SPILL BUBBLE SUBMARINE**
Turn it over....no spills or leaks! Packed on a colorful blister card. Includes Miracle Bubbles®. 12 each to shipper. Cd. size: 7 x 12.
Wt. of shipper: 8.5 Lbs. Cube: 1.45.

**NO. 3995 NO SPILL MIRACLE BUBBLES®**
Special bubble wand converts 8 ounce Miracle Bubbles® into a no spill bottle.
24 each to shipper. Cd. size: 6½ x 11.
Wt. of shipper: 16 Lbs. Cube: 1.50.

*Imperial*®
© 2000

# FUN in the SUN®



NO. 8169



NO. 8169

**NO. 8169 FUN IN THE SUN® SUPER VALUE FUN BUCKET**
Value packed 9" plastic bucket filled with 24 of our spring and summer basics. 6 each to shipper. Wt. of shipper: 21 Lbs. Cube: 3.8.

**NO. 4844 FUN IN THE SUN® WAGON & BUBBLE SET**
Quality plastic wagon packed with a jump rope, paddle ball and a variety of beach toys, bubbles and bubble toys. 4 each to shipper.
Package size: 24½ x 21½ x 14¾. Wt. of shipper: 14 Lbs. Cube: 4.50.



NO. 4844

# SET UP TO SERVE YOU AROUND THE WORLD

| LOS ANGELES WORLD HEADQUARTERS | NEW YORK OFFICE / SHOWROOM | TORONTO CANADA HEADQUARTERS | HONG KONG OFFICE / SHOWROOM | MEXICO FACTORY / OFFICE |
|---|---|---|---|---|
| 2060 E. 7th St., P.O. Box 21068<br>Los Angeles, CA 90021-1399<br>Phone: (213) 489-2100<br>Fax: (213) 489-4467<br>E-mail: sales@imptoy.com<br>Web Site: http://www.imperialtoy.com | 200 Fifth Ave. Building<br>Suite 1351<br>New York, NY 10010<br>Phone: (212) 675-4790<br>Fax: (212) 675-8057 | 1740 Argentia Road<br>Mississauga, Ontario L5N 3K3<br>Phone: (905) 826-7681<br>Fax: (905) 826-5994<br>E-mail: cansales@imptoy.com | 501-2 Peninsula Center<br>67 Mody Road, T.S.T.E.<br>Kowloon, Hong Kong<br>Phone: 23699545<br>Fax: 27242651, 27221014<br>E-mail: fkiklam@pacific.net.hk | Calle Mazatlan 14600<br>Parque Industrial Pacifico<br>Tijuana, BC Mexico<br>(No Sales Transactions) |

## USA SALES REPRESENTATIVES • SEE COMPLETE LISTING ON PREVIOUS PAGE

## CANADIAN SALES REPRESENTATIVES

| ONTARIO<br>BARB-CARN SALES, INC. | QUEBEC<br>RAY BAYARD AGENCIES | ATLANTIC PROVINCES<br>L. ALLEN AGENCY LTD. | MANITOBA, ALBERTA SASKATCHEWAN<br>WILLIAM WHEELER AGENCIES LTD. | BRITISH COLUMBIA<br>THEDERAHN AGENCIES LTD. |
|---|---|---|---|---|
| John Carnie<br>2301 Otami Trail<br>Mississauga, Ontario L5H 3N2<br>Phone: (416) 460-8968<br>Fax: (905) 274-2389<br>E-mail:<br>barbcarnsales@sympatico.ca | Ray Bayard, Luc Bayard<br>1695 Boulevard Laval,<br>bureau 101<br>Laval, Québec<br>CANADA, H7S 2M2<br>Phone: 450-669-3294<br>Fax: 450-669-2669<br>E-mail: bayardl@cam.org | Larry Allen<br>183 Cresthaven Drive<br>Halifax, N.S. B3M 4B5<br>Phone: (902) 443-1897<br>Fax: (902) 443-6138<br>E-mail: LJMV97@aol.com | Bill Wheeler, Andy Wheeler<br>Keith East<br>1334 Clifton Street<br>Winnipeg, Manitoba R3E 2V2<br>Phone: (204) 774-5464<br>Fax: (204) 774-5390<br>E-mail: wwa@escape.ca | Bill Thederahn<br>863 Baker Drive<br>Coquitlam, B.C. V3J 6W9<br>Phone: (604) 461-0753<br>Fax: (604) 461-0777 |

## INTERNATIONAL DISTRIBUTORS

| | | | |
|---|---|---|---|
| **ARGENTINA**<br>**JUEGOS Y JUGUETES**<br>Sanabria 2183<br>Buenos Aires, Argentina<br>E-mail: bircz@juegos-juguetes.com.ar<br>Phone / Fax: 54-11-4566-6081 | **COLOMBIA**<br>**LOREX LTDA.**<br>Calle 79 No. 7A-30<br>Bogota, Colombia<br>E-mail: lorex@impsat.net.co<br>Phone: 571-310-0299<br>Fax: 571-310-1698 | **LEBANON**<br>**HARVEST COMPANY**<br>Cornish Al- Mazraa<br>Hajaig Bldg. 4th Floor<br>Beirut, Lebanon<br>E-mail: Hussein@harvest.com.lb<br>Phone: 961-1-302157<br>Fax: 961-1-702709 | **SOUTH AFRICA**<br>**PRIMA TOYS**<br>P.O. Box 30<br>Eppindust, Rep. Of South Africa 7475<br>E-mail: joey@primatoy.co.za<br>Phone: 27-21-530-2800<br>Fax: 27-21-531-7700 |
| **AUSTRALIA**<br>**HUNTER LEISURE PTY. LTD.**<br>94 Keilor Park Drive<br>Tullamarine 3043<br>Melbourne, Australia<br>E-mail: anthonyh@hunterleisure.com.au<br>Phone: 613-9287-9888<br>Fax: 613-9287-9890 | **COSTA RICA**<br>**CRG TOYS**<br>Mexico Calle 10<br>P.O. Box 6014-1000<br>San Jose, Costa Rica<br>E-mail: crgtoys@sol.racsa.co.cr<br>Phone: 506-257-5282<br>Fax: 506-221-3015 | **MEXICO**<br>**SPINFLEX S.A. DE C.V.**<br>Apartado Postal 77-149<br>Mexico, D.F. 11200<br>E-mail: spinflex@prodigy.net.mx<br>Phone: 525-547-9885<br>Fax: 525-541-5405 | **SWITZERLAND**<br>**MEILI TRADING AG**<br>Schulstrasse 6<br>8557 Hefenhausen, Switzerland<br>E-mail: webmaster@meilitoys.ch<br>Phone: 41-71-6572920<br>Fax: 41-71-6572021 |
| **BRAZIL**<br>**LONG JUMP IMPORTACAO EXPORTACAO**<br>Rua Guaricanga 356<br>05075-030 Sao Paulo, Brazil<br>E-mail: fiorini10@yahoo.com<br>Phone: 55-11-832-3599<br>Fax: 55-11-831-7158 | **GERMANY**<br>**NASER & WITTMANN TRADING**<br>Further Strasse 33<br>90513 Zirndorf, Germany<br>E-mail: sales@nw-trading.de<br>Phone: 49-911-607-028<br>Fax: 49-911-602-457 | **NEW ZEALAND**<br>**MATTEL (N.Z.) LIMITED**<br>16-18 William Pickering Drive<br>Albany 1331<br>Auckland, New Zealand<br>E-mail: haystuar@mattel.com<br>Phone: 64-9-415-5755<br>Fax: 64-9-415-5756 | **UNITED KINGDOM / IRELAND**<br>**TITAN TOYS INT'L LTD**<br>Topical House, Frogmore Road<br>Apsley, Hemel Hempstead, Herts.<br>Unit 15, HP3 9RW, England<br>E-mail: keith.segal@topical-group.com<br>Phone: 441-442-242199<br>Fax: 441-442-250837 |
| **CHILE**<br>**IMEXPORTA**<br>Aysen 651<br>Castilla 200-D<br>Santiago, Chile<br>E-mail: plockus@terra.cl<br>Phone: 562-238-0984<br>Fax: 562-234-4930 | **JAPAN**<br>**LA CHERE CO., LTD.**<br>7/F Catherina Yanagidorii<br>1-18-10 Shinjuku, Shinjuku-Ku<br>Tokyo, Japan<br>E-mail: taichi@lachere.co.jp<br>Phone: 813-3226-0795<br>Fax: 813-3226-0774 | **PUERTO RICO**<br>**FRIEND SMITH & CO., INC.**<br>Parque Industrial Amelia<br>Calle lote 30<br>Guaynabo, Puerto Rico 00968<br>E-mail: rferrer@coqui.com<br>Phone: 787-793-8920<br>Fax: 787-782-7850 | **VENEZUELA**<br>**COMERCIAL TRIPLE H**<br>Calle 9 Ed. Caviola piso 3,<br>oficina 31<br>Caracas, Venezuela<br>E-mail: tripleh@telcel.net.ve<br>Phone: 582-242-4574<br>Fax: 582-241-7936 |

**CONTACT OUR INTERNATIONAL DEPARTMENT FOR DISTRIBUTION OPPORTUNITIES**
**PHONE: 213-489-2100 • FAX: 213-489-4467 • E-MAIL: intsales@imptoy.com**

CATALOG NO.62 (NEW)
ENTIRE CONTENTS ©2000
PRINTED IN HONG KONG

© 2000 Imperial® TOY CORPORATION

0 76666 00000 9