# Imperial®

# 2002

Fun in the Sun®

# FUN in the SUN®







**NO. 21706 FUN IN THE SUN®**
**SUMMER FUN KIT**
Includes two 2 oz. Bottles of Miracle® Bubbles, 3 bubble wands, bubble dipping tray, paddle ball, 7 ft. jump rope, yo-yo, 25 champion marbles, 2 water squirters, minifying disc, and 2 high bounce balls - all packed in a metal case. In assorted colors.
12 each to shipper. Pckg. Size: 10 x 3 x 7¼.
Wt. of shipper: 27.5 Lbs. Cube: 2.14.

NO. 21706

**NO. 8169 FUN IN THE SUN® SUPER VALUE FUN BUCKET**
Value packed 9" plastic bucket filled with 24 of our spring and summer basics. 6 each to shipper. Wt. of shipper: 21.6 Lbs. Cube: 3.38.



NO. 8169



NO. 8169




NO. 21300







NO. 3995




NO. 21307







NO. 21300
MIRACLE® BUBBLES EZ BUBBLES
Bubble fun for younger kids! Spring loaded pop-up action with an innovative bubble blowing mechanism. Spill resistant. Includes an 8 oz. Bottle of Miracle® Bubbles. 6 each to shipper. Cd. size: 6½ x 13. Wt. of shipper: 5.4 Lbs. Cube: 0.56.

NO. 3995
NO SPILL MIRACLE® BUBBLES
Special bubble wand converts 8 ounce Miracle® Bubbles into a no spill bottle. 24 each to shipper. Cd. size: 6½ x 12. Wt. of shipper: 18.4 Lbs. Cube: 1.85.

NO. 21307
NO SPILL BUBBLE TUMBLER
Bubble container is weighted at the bottom so that it does not tip over. Features an easy grip wand at the top and 8 ounces of Miracle® Bubbles. 12 each to shipper. Box size: 5⅛ x 3¼ x 5¼. Wt. of shipper: 9.5 Lbs. Cube: 0.7.

Imperial®
© 2001

**LOS ANGELES**
**WORLD HEADQUARTERS**
2060 E. 7th St., P.O. Box 21068
Los Angeles, CA 90021-1399
Phone: (213) 489-2100
Fax: (213) 489-4467
E-mail: sales@imptoy.com
Web Site: http://www.imperialtoy.com

**NEW YORK**
**OFFICE / SHOWROOM**
200 Fifth Ave. Building
Suite 1351
New York, NY 10010
Phone: (212) 675-4790
Fax: (212) 675-8057

**TORONTO**
**CANADA HEADQUARTERS**
1740 Argentia Road
Mississauga, Ontario L5N 3K3
Phone: (905) 826-7681
Fax: (905) 826-5994
E-mail: cansales@imptoy.com

**HONG KONG**
**OFFICE / SHOWROOM**
501-2 Peninsula Center
67 Mody Road, T.S.T.E.
Kowloon, Hong Kong
Phone: 23699545
Fax: 27242651
E-mail: fkiklam@pacific.net.hk

**MEXICO**
**FACTORY / OFFICE**
Calle Mazatlan 14600
Parque Industrial Pacifico
Tijuana, BC Mexico
(No Sales Transactions)

## USA SALES REPRESENTATIVES • SEE COMPLETE LISTING ON PREVIOUS PAGE

## CANADIAN SALES REPRESENTATIVES

**ONTARIO**
**BARB-CARN SALES, INC.**
John Carnie
2301 Otami Trail
Mississauga, Ontario L5H 3N2
Phone: (416) 460-8968
Fax: (905) 274-2389
E-mail:
barbcarnsales@sympatico.ca

**QUEBEC**
**RAY BAYARD AGENCIES**
Ray Bayard, Luc Bayard
1695 Boulevard Laval,
bureau 101
Laval, Québec
CANADA, H7S 2M2
Phone: 450-669-3294
Fax: 450-669-2669
E-mail: bayardl@cam.org

**ATLANTIC PROVINCES**
**L. ALLEN AGENCY LTD.**
Larry Allen
183 Cresthaven Drive
Halifax, N.S. B3M 4B5
Phone: (902) 443-1897
Fax: (902) 443-6138
E-mail: LJMV97@aol.com

**MANITOBA, ALBERTA SASKATCHEWAN**
**WILLIAM WHEELER AGENCIES LTD.**
Bill Wheeler, Andy Wheeler
Keith East
1334 Clifton Street
Winnipeg, Manitoba R3E 2V2
Phone: (204) 774-5464
Fax: (204) 774-5390
E-mail: wwa@escape.ca

**BRITISH COLUMBIA**
**THEDERAHN AGENCIES LTD.**
Bill Thederahn
863 Baker Drive
Coquitlam, B.C. V3J 6W9
Phone: (604) 461-0753
Fax: (604) 461-0777

## INTERNATIONAL DISTRIBUTORS

**ASIA / EUROPE / MIDDLE EAST (except UK, France, Switzerland)**
**INTERKIDS / INTERTOY**
Brunswick Court, Victoria Street,
Wetherby, LS22 6RE West Yorkshire, UK
E-mail: toyboy1805@aol.com (UK)
Phone: 44-1937-586218
Fax: 44-1937-588735

**COSTA RICA**
**CRG TOYS**
Mexico Calle 10
P.O. Box 6014-1000
San Jose, Costa Rica
E-mail: crgtoys@sol.racsa.co.cr
Phone: 506-257-5282
Fax: 506-221-3016

**MEXICO**
**SPINFLEX S.A. DE C.V.**
Apartado Postal 77-149
Mexico, D.F. 11200
E-mail: spinflex@prodigy.net.mx
Phone: 525-547-9805
Fax: 525-541-5405

**SPAIN**
**MAJORETTE**
Crta. Santa Eulalia, 240 "Vanguard"
08902 Hospitalet
Barcelona, Spain
E-mail: hrubini@majorette.es
Phone: 34-93-431-1111
Fax: 34-93-422-5679

**AUSTRALIA**
**HUNTER LEISURE PTY. LTD.**
94 Keilor Park Drive
Tullamarine 3043
Melbourne, Australia
E-mail: johnh@hunterleisure.com.au
Phone: 613-9287-9888
Fax: 613-9287-9890

**FRANCE**
**CONCEPT MASTERS INTL**
31 Av. Louis de Broglie
BP 837-Zi La Thillay
95508 Gonesse Cadex, France
E-mail: vonlapiney@concept-masters.fr
Phone: 33-1-3404-8304
Fax: 33-1-3436-7778

**NEW ZEALAND**
**MATTEL (N.Z.) LIMITED**
16-18 William Pickering Drive
Albany 1331
Auckland, New Zealand
E-mail: hayatuar@mattel.com
Phone: 64-9-415-5755
Fax: 64-9-415-5758

**SWITZERLAND**
**MEILI TRADING AG**
Schulstrasse 6
8557 Helfenhausen, Switzerland
E-mail: webmaster@meilitoys.ch
Phone: 41-71-6572929
Fax: 41-71-6572921

**BRAZIL**
**LONG JUMP IMPORTACAO EXPORTACAO**
Rua Guaricanga 356
05075-030 Sao Paulo, Brazil
E-mail: liorini10@yahoo.com
Phone: 55-11-3873-3666
Fax: 55-11-3862-0279

**ITALY**
**JOHNNY FASSI S.P.A.**
Via G. Di Vittorio, 10
20094 Corsico (Milan) Italy
E-mail: johnnyf@tin.it
Phone: 39-02-4519521
Fax: 39-02-45195222

**PUERTO RICO**
**FRIEND SMITH & CO., INC.**
Parque Industrial Amelia
Calle lote 30
Guaynabo, Puerto Rico 00968
E-mail: rferrer@coqui.com
Phone: 787-793-8920
Fax: 787-782-7850

**UNITED KINGDOM / IRELAND**
**TITAN TOYS INT'L LTD**
Topical House, Frogmore Road
Apsley, Hemel Hempstead, Herts,
Unit 15, HP3 9RW, England
E-mail: keith.segal@topical-group.com
Phone: 441-442-242199
Fax: 441-442-250837

**CHILE**
**IMEXPORTA**
Aysen 651
Castilla 200-D
Santiago, Chile
E-mail: pedrotockus@imexporta.com
Phone: 562-238-0984
Fax: 562-234-4930

**JAPAN**
**LA CHERE CO., LTD.**
3/F, Taeta Catherina, 1-16-16
Shinjuku, Shinjuku-Ku
160-0022 Tokyo, Japan
E-mail: ken@lachere.co.jp
Phone: 813-3226-0795
Fax: 813-3226-0774

**SOUTH AFRICA**
**VALIDTRADE**
Unit 7D, Rinaldo Park,
50 Morelands Drive, Redhill 4051,
Kwazulu Natal, South Africa
E-mail: clarsen@iafrica.com
Phone: 27-31-5691-706
Fax: 27-31-5691-708

**VENEZUELA**
**FUNTOYS, C.A.**
Av. Sanatorio del Avila
Ed. Yacambu, piso 5, Boleita Norte
Caracas, Venezuela
E-mail: tripleh@telcel.net.ve
Phone: 582-212-238-7622
Fax: 582-212-238-2323

**CONTACT OUR INTERNATIONAL DEPARTMENT FOR DISTRIBUTION OPPORTUNITIES**
**PHONE: 213-489-2100 • FAX: 213-489-4467 • E-MAIL: intsales@imptoy.com**

CATALOG NO.64 (NEW)
ENTIRE CONTENTS ©2001
PRINTED IN HONG KONG
© 2001 Imperial® TOY CORPORATION

0 76666 00000 9

# Imperial®

# 2003

Fun in the Sun®

Miracle Bubbles®




NO. 21300









NO. 3995




NO. 21307




**NO. 21300**
**MIRACLE® BUBBLES EZ BUBBLES**
Bubble fun for younger kids! Spring loaded pop-up action with an innovative bubble blowing mechanism. Spill resistant. Includes an 8 oz. Bottle of Miracle® Bubbles. 6 each to shipper. Cd. size: 6½ x 13. Wt. of shipper: 5.4 Lbs. Cube: 0.56.

**NO. 3995**
**NO SPILL MIRACLE® BUBBLES**
Special bubble wand converts 8 ounce Miracle® Bubbles into a no spill bottle. 24 each to shipper. Cd. size: 6½ x 12. Wt. of shipper: 18.4 Lbs. Cube: 1.85.

**NO. 21307**
**NO SPILL BUBBLE TUMBLER**
Bubble container is weighted at the bottom so that it does not tip over. Features an easy grip wand at the top and 8 ounces of Miracle® Bubbles. 12 each to shipper. Box size: 5¼ x 3⅛ x 5¼. Wt. of shipper: 9.5 Lbs. Cube: 0.7.

Imperial®
© 2001

# FUN in the SUN®







NO. 21706

**NO. 21706 FUN IN THE SUN® SUMMER FUN KIT**
Includes two 2 oz. Bottles of Miracle® Bubbles, 3 bubble wands, bubble dipping tray, paddle ball, 7 ft. jump rope, yo-yo, 25 champion marbles, 2 water squirters, miniflying disc, and 2 high bounce balls - all packed in a metal case. In assorted colors. 12 each to shipper. Pckg. Size: 10 x 3 x 7¼. Wt. of shipper: 27.5 Lbs. Cube: 2.14.

**NO. 8169 FUN IN THE SUN® SUPER VALUE FUN BUCKET**
Value packed 9" plastic bucket filled with 24 of our spring and summer basics. 6 each to shipper. Wt. of shipper: 21.6 Lbs. Cube: 3.38.



NO. 8169



NO. 8169

Imperial® © 2001

## SET UP TO SERVE YOU AROUND THE WORLD

| LOS ANGELES WORLD HEADQUARTERS | NEW YORK OFFICE/SHOWROOM | TORONTO CANADA HEADQUARTERS | HONG KONG OFFICE / SHOWROOM | MEXICO FACTORY / OFFICE | MEMPHIS MANUFACTURING/ DISTRIBUTION |
|---|---|---|---|---|---|
| 2060 E. 7th St., P.O. Box 21068<br>Los Angeles, CA 90021-1399<br>Phone: (213) 489-2100<br>Fax: (213) 489-4467<br>E-mail: sales@imptoy.com<br>Web Site: http://www.imperialtoy.com | 200 Fifth Ave. Building<br>Suite 1351<br>New York, NY 10010<br>Phone: (212) 675-4790<br>Fax: (212) 675-8057 | 1740 Argentia Road<br>Mississauga, Ontario L5N 3K3<br>Phone: (905) 826-7681<br>Fax: (905) 826-5094<br>E-mail: impcan@attcanada.ca | 501-2 Peninsula Center<br>67 Mody Road, T.S.T.E.<br>Kowloon, Hong Kong<br>Phone: 23699545<br>Fax: 27242651 | Calle Mazatlan 14600<br>Parque Industrial Pacifico<br>Tijuana, BC Mexico<br>(No Sales Transactions) | 2900 Lakeview Rd.<br>Memphis, TN. 38116<br>901-346-5640<br>Fax: 901-346-6591<br>E-Mail: Ken@imptoy.com |

## USA SALES REPRESENTATIVES • SEE COMPLETE LISTING ON PREVIOUS PAGE

SEE COMPLETE LISTING ON PREVIOUS PAGE

## CANADIAN SALES REPRESENTATIVES

**CANADA**
**THE CANADIAN GROUP**

**Michael Albert, George Fogan, Jerry Smith, Theresa Shutsa**
430 Signet Drive, Suite A
Toronto, Ontario, Canada M9L 2T6
Phone: 416-746-3388
Fax: 416-746-0333
E-mail: mail@canadagroup.com

**BRITISH COLUMBIA**
**HAYWOOD AGENCIES**

George Haywood
Unit 3 - 11711 #5 Road
Richmond, B.C. V7A 4E8
Phone: 604-241-4664
Fax: 604-241-4654
E-mail: ghaywood@netcom.ca

**MANITOBA, ALBERTA, SASKATCHEWAN**
**WILLIAM WHEELER AGENCIES LTD.**

**Bill Wheeler, Andy Wheeler, Keith East**
1334 Clinton Street
Winnipeg, Manitoba R3E 2V2
Phone: 204-774-5464
Fax: 204-774-5390
E-mail: wwa@mb.sympatico.ca

**QUEBEC**
**CHARRON AGENCIES**

Johanne Charron
810 Ave. Du Parc
St. Vincent de Paul
Laval, QC H7E 2T4
Phone: 514-953-4321
Fax: 450-661-3851
E-mail: guy.charron4@sympatico.ca

## INTERNATIONAL DISTRIBUTORS

| | | | |
|---|---|---|---|
| **AUSTRALIA**<br>**FUNTASTIC LIMITED**<br>1076 Centre Rd.<br>South Oakleigh<br>3167 Victoria, Australia<br>E-mail: matheww@funtastic.com.au<br>Phone: 613-9579-6011<br>Fax: 613-9579-6022 | **FRANCE**<br>**CONCEPT MASTERS INTL**<br>31 Av. Louis de Broglie<br>BP 837-Zi Le Thillay<br>95508 Gonesse Cadex, France<br>E-mail: vonylapiney@concept-masters.fr<br>Phone: 33-1-3404-0304<br>Fax: 33-1-3438-7778 | **NEW ZEALAND**<br>**PLANET FUN**<br>79 Ellice Road, Glenfield<br>Auckland, New Zealand<br>E-mail: jeremy@planetfun.co.nz<br>Phone: 64-9-917-4010<br>Fax: 64-9-917-4008 | **SPAIN**<br>**MAJORETTE**<br>Ctra. Santa Eulalia, 240 "Vanguard"<br>08902 Hospitalet<br>Barcelona, Spain<br>E-mail: hrubini@majorette.es<br>Phone: 34-93-431-1111<br>Fax: 34-93-422-5679 |
| **BRAZIL**<br>**LONG JUMP IMPORTACAO EXPORTACAO**<br>Rua Guaricanga 356<br>05075-030 Sao Paulo, Brazil<br>E-mail: fiorini10@yahoo.com<br>Phone: 55-11-3873-3666<br>Fax: 55-11-3862-0279 | **ITALY**<br>**MACDUE**<br>Via Dei Mestieri, 8<br>Concorezzo, Milan<br>20049 Italy<br>E-mail: paola.gravati@aeamarketing.com<br>Phone: 39-039-608-6133<br>Fax: 39-039-604-3603 | **PUERTO RICO**<br>**FRIEND SMITH & CO., INC.**<br>Parque Industrial Amelia<br>Calle lote 30<br>Guaynabo, Puerto Rico 00968<br>E-mail: rferrermi1@aol.com<br>Phone: 787-793-8920<br>Fax: 787-792-7850 | **SWITZERLAND**<br>**MEILI TRADING AG**<br>Schulstrasse 6<br>8557 Hefenhausen, Switzerland<br>E-mail: webmaster@meilitoys.ch<br>Phone: 41-71-6572929<br>Fax: 41-71-6572921 |
| **CHILE**<br>**IMEXPORTA**<br>Aysen 651<br>Castilla 200-D<br>Santiago, Chile<br>E-mail: pedrotockus@imexporta.com<br>Phone: 562-238-0984<br>Fax: 562-231-5340 | **MIDDLE EAST**<br>**WORLD WIDE TRADERS**<br>Plot No. C4-04<br>Saif-Zone, Sharjah<br>U.A.E.<br>E-mail: wwtrader@emirates.net.ae<br>Phone: 97-16-5570789<br>Fax: 97-16-5570788 | **SOUTH AFRICA**<br>**VALIDTRADE**<br>Unit 7D, Rinaldo Park,<br>50 Morelands Drive, Redhill 4051,<br>Kwazulu Natal, South Africa<br>E-mail: valid2@iafrica.com<br>Phone: 27-31-5691-706<br>Fax: 27-31-5691-708 | **UNITED KINGDOM / IRELAND**<br>**TITAN TOYS INT'L LTD**<br>Topical House, Frogmore Road<br>Apsley, Hemel Hempstead, Herts,<br>Unit 15, HP3 9RW, England<br>E-mail: keith.segal@topical-group.com<br>Phone: 441-442-242199<br>Fax: 441-442-250837 |

**CONTACT OUR INTERNATIONAL DEPARTMENT FOR DISTRIBUTION OPPORTUNITIES**
**PHONE: 213-489-2100 • FAX: 213-489-4467 • E-MAIL: intsales@imptoy.com**

CATALOG NO.69
ENTIRE CONTENTS ©2003
PRINTED IN HONG KONG

© 2003 Imperial® TOY CORPORATION

0 76666 00000