UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.,
Plaintiffs

-V-

Civil Action No. 06-506-S

IMPERIAL TOY CORPORATION,
Defendants

***STIPULATION REGARDING MOTION TO TRANSFER THIS CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DIVISION OF CALIFORNIA***

In the above-entitled action, the parties agree that the following entry may be made:

1. The time within which the plaintiffs, Michael R. Schramm and Little Kids, Inc. ("Plaintiffs"), may respond to the Motion to Transfer filed by the defendant, Imperial Toy Corporation ("Imperial"), is extended indefinitely, such that the parties may continue discussing pretrial resolution of this case.

2. Imperial may require Plaintiffs to respond to the Motion to Transfer by providing written notice to Plaintiffs' counsel. Such notice shall provide not less than twenty (20) days to Plaintiffs to file their response to the Motion to Transfer.

MICHAEL R. SCHRAMM and
LITTLE KIDS, INC.
By their attorneys,
s/ Robert D. Fine
s/ Douglas J. Emanuel

Robert D. Fine (2477)
Douglas J. Emanuel (5176)
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: rfine@crfllp.com

IMPERIAL TOY CORP.
By its attorney,

s/ Dale A. Malone

Dale A. Malone, *pro hac vice*
Banner & Witcoff, Ltd.
28 State Street, 28th Floor
Boston, MA 02109
Tel.: (617) 720-9600
Fax: (617) 720-9601
Email: dmalone@bannerwitcoff.com

SO ORDERED: WESmith
6/21/07