UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

JAN 10 2008

Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| MICHAEL R. SCHRAMM and<br>LITTLE KIDS, INC.,<br>Plaintiffs<br><br>v.<br><br>IMPERIAL TOY CORPORATION,<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-506-S |

CONSENT JUDGMENT

In the above-entitled matter, the parties have stipulated to entry of the following judgment:

1. Judgment shall enter in accordance with the Settlement Agreement between the parties dated August, 2007 and all parties shall comply with all provisions of it..

2. This Court shall retain jurisdiction of this matter to enforce the terms of the Settlement Agreement.

3. Each party shall bear its or his own costs and fees.

SO ORDERED:

WSmith

The Hon. William Smith, U.S.D.J.
Dated: 1/11/08, 2007